Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Inez Brown | 7. Your Phone Number: 213.439.9400 |
| 2. Your Email Address: * ibrown@steptoe.com | 8. Full Case Number (if applicable): 22-cv-05034 |
| 3. Receipt Number:* ACANDC-17509582 | 9. Fee Type:* ☐ Attorney Admission ☒XX Civil Case Filing ☐ FTR Audio Recording ☐ Notice of Appeal ☐ Pro Hac Vice ■ Writ of Habeas Corpus |
| 4. Transaction Date:* 9.6.2022 | |
| 5. Transaction Time:* 6:48:40 ET | |
| 6. Transaction Amount (Amount to be refunded):* 402.00 | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

The charge was made in error and no documents were filed in Case No. 22-cv-05034. Case No. 4:22-cv-05034 does not appear to be a valid case number per Clerk Diane Miyashiro

Account Number: 6969247

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday-Friday 9:00 a.m.-4:00 p.m.*

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: | ☐ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |