

**RG19034033** Consumer Advocacy Group, Inc. VS Ross Stores, Inc.

**Unlimited Civil** (Other Non-Personal Injury/Pro...)

Rene C. Davidson Alameda Coun... / DEPT 15 - HON. Patrick McKinney

Filed: 09/06/2019

Next Hearing: 11/02/2022 Informal Discovery Conference (IDC)

Document Download

Summary | Participants | Tentative Rulings | **Future Hearings**

## Future Hearings

| Date | Description | Dept |
|---|---|---|
| 11/02/2022 11:00 AM | Informal Discovery Conference (IDC) | RCD / Department 15 |
| 11/08/2022 01:30 PM | Hearing on Motion to Bifurcate | RCD / Department 15 |
| 12/13/2022 01:30 PM | Case Management Conference | RCD / Department 15 |
| 01/26/2023 09:00 AM | Mandatory Settlement Conference (MSC) | GEM / Department 301 |
| 02/09/2023 01:30 PM | Pre-Trial Conference | RCD / Department 15 |
| 02/27/2023 10:00 AM | Court Trial | RCD / Department 15 |