



ONLINE SERVICES

# Case Access

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 20STCV18693
CONSUMER ADVOCACY GROUP, INC., VS ROSS STORES, INC.,, ET AL.

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 05/15/2020
**Case Type:** Other Non-Personal Injury/Property Damage tort (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

11/01/2022 at 08:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Bifurcate

11/14/2022 at 08:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Compel PRODUCTION OF EXEMPLAR PRODUCT, SET TWO, TO CONSUMER ADVOCACY GROUP, INC.

12/23/2022 at 08:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Compel Further Discovery Responses

12/23/2022 at 08:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Compel Further Discovery Responses

12/23/2022 at 08:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Compel Further Discovery Responses

12/23/2022 at 08:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Compel Discovery (not "Further Discovery")

12/23/2022 at 08:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Compel Further Discovery Responses

06/01/2023 at 08:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012

Post-Mediation Status Conference

**08/01/2023** at 09:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Final Status Conference

**08/07/2023** at 09:30 AM in Department 49 at 111 North Hill Street, Los Angeles, CA 90012
Non-Jury Trial

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

BROPHY CAROL R - Attorney for Defendant in Intervention

CONSUMER ADVOCACY GROUP INC. - Plaintiff

DOES 1-130 - Defendant

ENCHANTE ACCESSORIES INC. - Defendant in Intervention

GAFNI ADAM IRVING - Attorney for Plaintiff

MARGULIES JEFFREY - Attorney for Defendant

RAGLIN DENNIS E. - Attorney for Defendant in Intervention

ROSS STORES INC. DBA DD?S DISCOUNTS A DELAWARE CORPORATION; - Defendant

YEROUSHALMI REUBEN - Attorney for Plaintiff

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
10/22/2021

**10/19/2022** Opposition (to Defendant's Motion to Bifurcate Trial)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/19/2022** Declaration (OF EVA YANG ATTESTING TO COMPLIANCE RE DISCOVERY ARTICLES)
Filed by ROSS STORES, INC., (Defendant)

**10/19/2022** Declaration (OF BARBARA ADAMS, ESQ. RE: COMPLIANCE WITH COURT ORDER OF OCTOBER 5, 2022)
Filed by Enchante Accessories, Inc. (Non-Party)

**10/18/2022** Stipulation - No Order (STIPULATION RE: TESTING OF COSMETIC BAG)
Filed by Enchante Accessories, Inc. (Defendant in Intervention)

**10/18/2022** Declaration (OF DINA ADHAM, ESQ. IN COMPLIANCE WITH OCTOBER 5, 2022 MINUTE ORDER)
Filed by Enchante Accessories, Inc. (Defendant in Intervention)

**10/14/2022** Declaration (OF BARBARA ADAMS, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO COMPEL PRODUCTION OF EXEMPLAR PRODUCT, SET TWO; REQUEST FOR SANCTIONS IN THE AMOUNT OF 2,625)
Filed by ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party)

**10/14/2022** Declaration (OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO COMPEL PRODUCTION OF EXEMPLAR PRODUCT, SET TWO; REQUEST FOR SANCTIONS IN THE AMOUNT OF 2,625)
Filed by ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party)

**10/14/2022** Separate Statement
Filed by ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party)

**10/14/2022** Motion to Compel (PRODUCTION OF EXEMPLAR PRODUCT, SET TWO, TO CONSUMER ADVOCACY GROUP, INC.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625 -- CRS# 4492)
Filed by ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party)

**10/14/2022** Declaration (of Reuben Yeroushalmi re: Compliance with Minute Order 1 of Non-Appearance Case Review)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/05/2022** Clerks Certificate of Service By Electronic Service
Filed by Clerk

**10/05/2022** Minute Order ( (Non-Appearance Case Review))
Filed by Clerk

**10/03/2022** Declaration (OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO BIFURCATE CASE FOR TRIAL)
Filed by Enchante Accessories, Inc. (Defendant in Intervention)

**10/03/2022** Motion to Bifurcate
Filed by Enchante Accessories, Inc. (Defendant in Intervention)

**09/29/2022** Reply (ENCHANTE ACCESSORIES, INC.S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE)
Filed by ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party)

**09/22/2022** Opposition (TO DEFENDANT IN INTERVENTION ENCHANTE ACCESSORIES, INC.?S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/08/2022** Declaration (OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE; REQUEST FOR SANCTIONS IN THE AMOUNT OF 2,625)
Filed by Enchante Accessories, Inc. (Defendant in Intervention)

**09/08/2022** Separate Statement
Filed by Enchante Accessories, Inc. (Defendant in Intervention)

**09/08/2022** Motion to Compel (RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE, TO CONSUMER ADVOCACY GROUP, INC.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625 -- CRS# 2975)
Filed by Enchante Accessories, Inc. (Defendant in Intervention)

**09/02/2022** Proof of Service (not Summons and Complaint)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Separate Statement
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Declaration (of Reuben Yeroushalmi)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Motion to Compel Further Discovery Responses (TO SPECIAL INTERROGATORIES, SET ONE, FROM ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 4871)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Proof of Service (not Summons and Complaint)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Separate Statement
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Declaration (of Reuben Yeroushalmi)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Motion to Compel Further Discovery Responses (TO REQUESTS FOR PRODUCTION, SET ONE, FROM DEFENDANT ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 7540)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Separate Statement
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Declaration (of Reuben Yeroushalmi)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Proof of Service (not Summons and Complaint)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Motion to Compel Further Discovery Responses (TO REQUESTS FOR ADMISSION SET ONE, FROM DEFENDANT ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 3876)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Proof of Service (not Summons and Complaint)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Separate Statement
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Declaration (of Reuben Yeroushalmi)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Motion to Compel Further Discovery Responses (TO FORM INTERROGATORIES, SET ONE, FROM DEFENDANT ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 2142)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**07/13/2022** Consent to Electronic Service and Notice of Electronic Service Address
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**04/21/2022** Certificate of Mailing for ((Court Order: NOTICE OF RELATED CASE) of 04/21/2022)
Filed by Clerk

**04/21/2022** Minute Order ((Court Order: NOTICE OF RELATED CASE) of 04/21/2022)
Filed by Clerk

**04/20/2022** Notice (OF UNAVAILABILITY OF COUNSEL)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**04/18/2022** Notice of Related Case
Filed by Enchante Accessories, Inc. (Defendant in Intervention)

**01/20/2022** Case Management Order
Filed by Clerk

**01/20/2022** Minute Order ( (Trial Setting Conference))
Filed by Clerk

**01/19/2022** Notice (Notice of Association of Counsel)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**01/19/2022** Notice (Notice of Association of Counsel)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**01/06/2022** Answer (DEFENDANT-IN-INTERVENTION ENCHANT¿ ACCESSORIES, INC.?S ANSWER TO COMPLAINT)
Filed by Enchante Accessories, Inc. (Defendant in Intervention)

**01/05/2022** Case Management Statement
Filed by ROSS STORES, INC., (Defendant)

**12/15/2021** Notice of Ruling
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**12/07/2021** Minute Order ( (Order to Show Cause Re: re sanctions against plaintiff's coun...))
Filed by Clerk

**10/26/2021** Notice (of Case Reassignment)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   10/22/2021

**10/22/2021** Proof of Service (not Summons and Complaint)
Filed by ROSS STORES, INC., (Defendant)

**10/22/2021** Declaration (of Dennis Raglin)
Filed by ROSS STORES, INC., (Defendant)

**10/22/2021** Motion for Leave to Intervene
Filed by ROSS STORES, INC., (Defendant)

**10/14/2021** Request for Dismissal
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/14/2021** Notice of Case Reassignment and Order for Plaintiff to Give Notice
Filed by Clerk

**06/18/2021** Declaration (OF SHANNON E. ROYSTER IN RESPONSE TO ORDER TO SHOW CAUSE)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**06/11/2021** Notice of Ruling (RE TRIAL SETTING CONFERENCE AND STATUS CONFERENCE RE ONGOING SETTLEMENT)
Filed by ROSS STORES, INC., (Defendant)

**06/11/2021** Minute Order ( (Trial Setting Conference AND a Status Conference re: ongoing ...))
Filed by Clerk

**03/08/2021** Notice of Ruling
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**03/01/2021** Minute Order ( (Order to Show Cause Re: sanctions against plaintiff for FTA 9...))
Filed by Clerk

**02/11/2021** Case Management Statement
Filed by ROSS STORES, INC., (Defendant)

**02/11/2021** Case Management Statement
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**01/13/2021** Request for Dismissal
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**11/03/2020** Notice (of Continued CMC and OSC)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/26/2020** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**10/20/2020** Case Management Statement
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/20/2020** Case Management Statement
Filed by ROSS STORES, INC., (Defendant)

**09/18/2020** Declaration (OF TALIA NIMMER IN RESPONSE TO ORDER TO SHOW CAUSE)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/18/2020** Declaration (OF SHANNON E. ROYSTER IN RESPONSE TO ORDER TO SHOW CAUSE)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/18/2020** Case Management Statement
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/15/2020** Notice of Ruling
Filed by ROSS STORES, INC., (Defendant)

**09/15/2020** Minute Order ( (Case Management Conference))
Filed by Clerk

**08/27/2020** Case Management Statement
Filed by ROSS STORES, INC., (Defendant)

**08/27/2020** Answer
Filed by ROSS STORES, INC., (Defendant)

**07/29/2020** Proof of Service by Mail
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**07/13/2020** Notice (of Case Management Conference)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**07/08/2020** Summons (on Complaint (1st))
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**06/24/2020** Amended Complaint ( (1st))
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**05/18/2020** Notice of Case Management Conference
Filed by Clerk

**05/15/2020** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**05/15/2020** Civil Case Cover Sheet
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**05/15/2020** Summons (on Complaint)
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**05/15/2020** Complaint
Filed by CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP    10/22/2021

## PROCEEDINGS HELD

Case Information  |  Register Of Actions  |  FUTURE HEARINGS  |  PARTY INFORMATION  |  Documents Filed  |  Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**

**10/06/2022** at 08:30 AM in Department 49
Hearing on Motion to Compel Discovery (not "Further Discovery") (RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE, TO CONSUMER ADVOCACY GROUP INC.) - **Not Held - Rescheduled by Court**

**10/05/2022** at 10:58 AM in Department 49, Randolph M. Hammock, Presiding
Non-Appearance Case Review

**04/21/2022** at 10:29 AM in Department , Stephen I. Goorvitch, Presiding
Court Order - **Held**

**01/20/2022** at 08:30 AM in Department 49
Hearing on Motion for Leave to Intervene - **Held - Advanced and Heard**

**01/20/2022** at 08:30 AM in Department 49, Randolph M. Hammock, Presiding
Trial Setting Conference - **Held**

**12/07/2021** at 08:30 AM in Department 49, Randolph M. Hammock, Presiding
Order to Show Cause Re: (re sanctions against plaintiff's counsel for FTA 6/11/21) - **Held**

**12/07/2021** at 08:30 AM in Department 49
Trial Setting Conference (AND a Status Conference reongoing settlement negotiation/potential for mediation) - **Held**

**06/11/2021** at 10:00 AM in Department 49, Stuart M. Rice, Presiding
Trial Setting Conference (AND a Status Conference reongoing settlement negotiation/potential for mediation) - **Held - Continued**

**03/01/2021** at 10:00 AM in Department 49, Stuart M. Rice, Presiding
Order to Show Cause Re: (sanctions against plaintiff for FTA 9/15/20; AND a Case management conference (c/f 9/15/20)) - **Held**

**11/04/2020** at 09:30 AM in Department 49
Order to Show Cause Re: (sanctions against plaintiff for FTA 9/15/20; AND a Case management conference (c/f 9/15/20)) - **Not Held - Rescheduled by Court**

**09/15/2020** at 08:30 AM in Department 49
Case Management Conference - **Held - Continued**

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**10/25/2022** Updated -- Motion to Compel Further Discovery Responses TO SPECIAL INTERROGATORIES, SET ONE, FROM ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 4871: Name Extension: TO SPECIAL INTERROGATORIES, SET ONE, FROM ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 4871; As To Parties changed from Enchante Accessories, Inc. (Defendant in Intervention) to Enchante Accessories, Inc. (Defendant in Intervention)

**10/25/2022** Updated -- Motion to Compel Further Discovery Responses TO REQUESTS FOR PRODUCTION, SET ONE, FROM DEFENDANT ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 7540: Name Extension: TO REQUESTS FOR PRODUCTION, SET ONE, FROM DEFENDANT ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 7540; As To Parties changed from Enchante Accessories, Inc. (Defendant in Intervention) to Enchante Accessories, Inc. (Defendant in Intervention)

**10/25/2022** Updated -- Motion to Compel Further Discovery Responses TO REQUESTS FOR ADMISSION SET ONE, FROM DEFENDANT ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 3876: Name Extension: TO REQUESTS FOR ADMISSION SET ONE, FROM DEFENDANT ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 3876; As To Parties changed from Enchante Accessories, Inc. (Defendant in Intervention) to Enchante Accessories, Inc. (Defendant in Intervention)

**10/25/2022** Updated -- Motion to Compel Further Discovery Responses TO FORM INTERROGATORIES, SET ONE, FROM DEFENDANT ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 2142: Name Extension: TO FORM INTERROGATORIES, SET ONE, FROM DEFENDANT ENCHANTE ACCESSORIES, INC., AND REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,810.00 -- CRS# 2142; As To Parties changed from Enchante Accessories, Inc. (Defendant in Intervention) to Enchante Accessories, Inc. (Defendant in Intervention)

**10/25/2022** Updated -- Motion to Compel RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE, TO CONSUMER ADVOCACY GROUP, INC. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625 -- CRS# 2975: Name Extension changed from RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE, TO CONSUMER ADVOCACY GROUP, INC. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625 to RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE, TO CONSUMER ADVOCACY GROUP, INC. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625 -- CRS# 2975; As To Parties changed from CONSUMER ADVOCACY GROUP, INC., (Plaintiff) to CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/25/2022** Updated -- Motion to Compel PRODUCTION OF EXEMPLAR PRODUCT, SET TWO, TO CONSUMER ADVOCACY GROUP, INC. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625 -- CRS# 4492: Name Extension changed from PRODUCTION OF EXEMPLAR PRODUCT, SET TWO, TO CONSUMER ADVOCACY GROUP, INC. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625 to PRODUCTION OF EXEMPLAR PRODUCT, SET TWO, TO CONSUMER ADVOCACY GROUP, INC. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625 -- CRS# 4492; As To Parties changed from CONSUMER ADVOCACY GROUP, INC., (Plaintiff) to CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/19/2022** Declaration OF BARBARA ADAMS, ESQ. RE: COMPLIANCE WITH COURT ORDER OF OCTOBER 5, 2022; Filed by: Enchante Accessories, Inc. (Non-Party)

**10/19/2022** Declaration OF EVA YANG ATTESTING TO COMPLIANCE RE DISCOVERY ARTICLES; Filed by: ROSS STORES, INC., (Defendant)

**10/19/2022** Opposition to Defendant's Motion to Bifurcate Trial; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/18/2022** Declaration OF DINA ADHAM, ESQ. IN COMPLIANCE WITH OCTOBER 5, 2022 MINUTE ORDER; Filed by: Enchante Accessories, Inc. (Defendant in Intervention)

**10/18/2022** Stipulation - No Order STIPULATION RE: TESTING OF COSMETIC BAG; Filed by: Enchante Accessories, Inc. (Defendant in Intervention); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/14/2022** Declaration of Reuben Yeroushalmi re: Compliance with Minute Order 1 of Non-Appearance Case Review; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/14/2022** Motion to Compel PRODUCTION OF EXEMPLAR PRODUCT, SET TWO, TO CONSUMER ADVOCACY GROUP, INC. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625; Filed by: ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/14/2022** Separate Statement; Filed by: ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party)

**10/14/2022** Declaration OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO COMPEL PRODUCTION OF EXEMPLAR PRODUCT, SET TWO; REQUEST FOR SANCTIONS IN THE AMOUNT OF 2,625; Filed by: ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party)

**10/14/2022** Declaration OF BARBARA ADAMS, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO COMPEL PRODUCTION OF EXEMPLAR PRODUCT, SET TWO; REQUEST FOR SANCTIONS IN THE AMOUNT OF 2,625; Filed by: ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party)

**10/14/2022** Hearing on Motion to Compel PRODUCTION OF EXEMPLAR PRODUCT, SET TWO, TO CONSUMER ADVOCACY GROUP, INC. scheduled for 11/14/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**10/05/2022** Minute Order (Non-Appearance Case Review)

**10/05/2022** Clerks Certificate of Service By Electronic Service; Filed by: Clerk

**10/05/2022** On the Court's own motion, Hearing on Motion to Compel Discovery (not "Further Discovery") RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE, TO CONSUMER ADVOCACY GROUP INC. scheduled for 10/06/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49 Not Held - Rescheduled by Court was rescheduled to 12/23/2022 08:30 AM

**10/05/2022** On the Court's own motion, Hearing on Motion to Compel Further Discovery Responses scheduled for 10/26/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49 Not Held - Rescheduled by Court was rescheduled to 12/23/2022 08:30 AM

**10/05/2022** On the Court's own motion, Hearing on Motion to Compel Further Discovery Responses scheduled for 10/26/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49 Not Held - Rescheduled by Court was rescheduled to 12/23/2022 08:30 AM

**10/05/2022** On the Court's own motion, Hearing on Motion to Compel Further Discovery Responses scheduled for 10/28/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49 Not Held - Rescheduled by Court was rescheduled to 12/23/2022 08:30 AM

**10/05/2022** On the Court's own motion, Hearing on Motion to Compel Further Discovery Responses scheduled for 10/28/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49 Not Held - Rescheduled by Court was rescheduled to 12/23/2022 08:30 AM

**10/04/2022** Hearing on Motion to Bifurcate scheduled for 11/01/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**10/03/2022** Motion to Bifurcate; Filed by: Enchante Accessories, Inc. (Defendant in Intervention)

**10/03/2022** Declaration OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO BIFURCATE CASE FOR TRIAL; Filed by: Enchante Accessories, Inc. (Defendant in Intervention)

**09/29/2022** Reply ENCHANTE ACCESSORIES, INC.S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE; Filed by: ENCHANTE ACCESSORIES, INC., Defendant-In-Intervention (Non-Party)

**09/22/2022** Opposition TO DEFENDANT IN INTERVENTION ENCHANTE ACCESSORIES, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/08/2022** Motion to Compel RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE, TO CONSUMER ADVOCACY GROUP, INC. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND REQUEST FOR SANCTIONS OF 2,625; Filed by: Enchante Accessories, Inc. (Defendant in Intervention); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/08/2022** Separate Statement; Filed by: Enchante Accessories, Inc. (Defendant in Intervention)

**09/08/2022** Declaration OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE; REQUEST FOR SANCTIONS IN THE AMOUNT OF 2,625; Filed by: Enchante Accessories, Inc. (Defendant in Intervention)

**09/08/2022** Hearing on Motion to Compel Discovery (not "Further Discovery") scheduled for 10/06/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**09/06/2022** Hearing on Motion to Compel Further Discovery Responses scheduled for 10/26/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**09/06/2022** Hearing on Motion to Compel Further Discovery Responses scheduled for 10/26/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**09/06/2022** Hearing on Motion to Compel Further Discovery Responses scheduled for 10/28/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**09/06/2022** Hearing on Motion to Compel Further Discovery Responses scheduled for 10/28/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**09/02/2022** Motion to Compel Further Discovery Responses; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: Enchante Accessories, Inc. (Defendant in Intervention)

**09/02/2022** Declaration of Reuben Yeroushalmi; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Separate Statement; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/02/2022** Proof of Service (not Summons and Complaint); Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: Enchante Accessories, Inc. (Defendant in Intervention)

**09/02/2022** Motion to Compel Further Discovery Responses; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: Enchante Accessories, Inc. (Defendant in Intervention)

**09/02/2022** Proof of Service (not Summons and Complaint); Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: Enchante Accessories, Inc. (Defendant in Intervention)

**09/02/2022** Declaration of Reuben Yeroushalmi; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

09/02/2022 Separate Statement; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

09/02/2022 Motion to Compel Further Discovery Responses; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: Enchante Accessories, Inc. (Defendant in Intervention)

09/02/2022 Declaration of Reuben Yeroushalmi; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

09/02/2022 Separate Statement; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

09/02/2022 Proof of Service (not Summons and Complaint); Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: Enchante Accessories, Inc. (Defendant in Intervention)

09/02/2022 Motion to Compel Further Discovery Responses; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: Enchante Accessories, Inc. (Defendant in Intervention)

09/02/2022 Declaration of Reuben Yeroushalmi; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

09/02/2022 Separate Statement; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

09/02/2022 Proof of Service (not Summons and Complaint); Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: Enchante Accessories, Inc. (Defendant in Intervention)

07/13/2022 Consent to Electronic Service and Notice of Electronic Service Address; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

04/21/2022 Minute Order (Court Order: NOTICE OF RELATED CASE) of 04/21/2022

04/21/2022 Certificate of Mailing for (Court Order: NOTICE OF RELATED CASE) of 04/21/2022; Filed by: Clerk

04/21/2022 The case is placed in special status of: Deemed Not Related

04/20/2022 Notice OF UNAVAILABILITY OF COUNSEL; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

04/18/2022 Notice of Related Case; Filed by: Enchante Accessories, Inc. (Defendant in Intervention)

01/20/2022 Post-Mediation Status Conference scheduled for 06/01/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 49

01/20/2022 Final Status Conference scheduled for 08/01/2023 at 09:30 AM in Stanley Mosk Courthouse at Department 49

01/20/2022 Non-Jury Trial scheduled for 08/07/2023 at 09:30 AM in Stanley Mosk Courthouse at Department 49

01/20/2022 Case Management Order; Filed by: Clerk

01/20/2022 Minute Order (Trial Setting Conference)

01/20/2022 Trial Setting Conference scheduled for 01/20/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49 updated: Result Date to 01/20/2022; Result Type to Held

01/19/2022 Notice Notice of Association of Counsel; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

01/19/2022 Notice Notice of Association of Counsel; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

01/06/2022 Answer DEFENDANT-IN-INTERVENTION ENCHANT¿ ACCESSORIES, INC.?S ANSWER TO COMPLAINT; Filed by: Enchante Accessories, Inc. (Defendant in Intervention); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

01/05/2022 Case Management Statement; Filed by: ROSS STORES, INC., (Defendant)

12/15/2021 Notice of Ruling; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

12/07/2021 Updated -- Motion for Leave to Intervene: Filed By: ROSS STORES, INC., (Defendant); Result: Granted; Result Date: 12/07/2021

12/07/2021 Trial Setting Conference scheduled for 01/20/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49

12/07/2021 Minute Order (Order to Show Cause Re: re sanctions against plaintiff's coun...)

12/07/2021 Order to Show Cause Re: re sanctions against plaintiff's counsel for FTA 6/11/21 scheduled for 12/07/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 49 updated: Result Date to 12/07/2021; Result Type to Held

12/07/2021 Trial Setting Conference AND a Status Conference re: ongoing settlement negotiation/potential for mediation scheduled for 12/07/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 49 updated: Result Date to 12/07/2021; Result Type to Held

12/07/2021 Pursuant to oral stipulation, Hearing on Motion for Leave to Intervene scheduled for 01/20/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49 Held - Advanced and Heard on 12/07/2021

10/26/2021 Notice of Case Reassignment; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: ROSS STORES, INC., (Defendant)

10/25/2021 Case reassigned to Stanley Mosk Courthouse in Department 49 - Hon. Randolph M. Hammockeffective 10/25/2021; Reason: Inventory Transfer

10/25/2021 Hearing on Motion for Leave to Intervene scheduled for 01/20/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 49

10/22/2021 Motion for Leave to Intervene; Filed by: ROSS STORES, INC., (Defendant); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

10/22/2021 Declaration of Dennis Raglin; Filed by: ROSS STORES, INC., (Defendant)

10/22/2021 Proof of Service (not Summons and Complaint); Filed by: ROSS STORES, INC., (Defendant); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

10/19/2021 On the Amended Complaint (1st) filed by CONSUMER ADVOCACY GROUP, INC., on 06/24/2020, entered Request for Dismissal without prejudice filed by CONSUMER ADVOCACY GROUP, INC.,, causes As To Third Cause of Action, Fourth Cause of Action, Tenth Cause of Action, Thirteenth Cause of Action , and Twenty-Third Cause of Action, Only

**10/14/2021** Notice of Case Reassignment and Order for Plaintiff to Give Notice; Filed by: Clerk

**06/18/2021** Declaration OF SHANNON E. ROYSTER IN RESPONSE TO ORDER TO SHOW CAUSE; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**06/11/2021** Order to Show Cause Re: re sanctions against plaintiff's counsel for FTA 6/11/21 scheduled for 12/07/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**06/11/2021** Trial Setting Conference AND a Status Conference re: ongoing settlement negotiation/potential for mediation scheduled for 12/07/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**06/11/2021** Notice of Ruling RE TRIAL SETTING CONFERENCE AND STATUS CONFERENCE RE ONGOING SETTLEMENT; Filed by: ROSS STORES, INC., (Defendant)

**06/11/2021** Minute Order (Trial Setting Conference AND a Status Conference re: ongoing ...)

**06/11/2021** On the Court's own motion, Trial Setting Conference AND a Status Conference re: ongoing settlement negotiation/potential for mediation scheduled for 06/11/2021 at 10:00 AM in Stanley Mosk Courthouse at Department 49 Held - Continued was rescheduled to 12/07/2021 08:30 AM

**03/08/2021** Notice of Ruling; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**03/01/2021** Trial Setting Conference AND a Status Conference re: ongoing settlement negotiation/potential for mediation scheduled for 06/11/2021 at 10:00 AM in Stanley Mosk Courthouse at Department 49

**03/01/2021** Minute Order (Order to Show Cause Re: sanctions against plaintiff for FTA 9...)

**03/01/2021** Order to Show Cause Re: sanctions against plaintiff for FTA 9/15/20; AND a Case management conference (c/f 9/15/20) scheduled for 03/01/2021 at 10:00 AM in Stanley Mosk Courthouse at Department 49 updated: Result Date to 03/01/2021; Result Type to Held

**02/11/2021** Case Management Statement; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**02/11/2021** Case Management Statement; Filed by: ROSS STORES, INC., (Defendant)

**01/13/2021** Request for Dismissal; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**01/13/2021** On the Amended Complaint (1st) filed by CONSUMER ADVOCACY GROUP, INC., on 06/24/2020, entered Request for Dismissal without prejudice filed by CONSUMER ADVOCACY GROUP, INC.,, causes 11

**11/03/2020** Notice of Continued CMC and OSC; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**10/26/2020** Notice Re: Continuance of Hearing and Order; Filed by: Clerk

**10/26/2020** On the Court's own motion, Order to Show Cause Re: sanctions against plaintiff for FTA 9/15/20; AND a Case management conference (c/f 9/15/20) scheduled for 11/04/2020 at 09:30 AM in Stanley Mosk Courthouse at Department 49 Not Held - Rescheduled by Court was rescheduled to 03/01/2021 10:00 AM

**10/20/2020** Case Management Statement; Filed by: ROSS STORES, INC., (Defendant)

**10/20/2020** Case Management Statement; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/18/2020** Case Management Statement; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/18/2020** Declaration OF SHANNON E. ROYSTER IN RESPONSE TO ORDER TO SHOW CAUSE; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/18/2020** Declaration OF TALIA NIMMER IN RESPONSE TO ORDER TO SHOW CAUSE; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**09/15/2020** Order to Show Cause Re: sanctions against plaintiff for FTA 9/15/20; AND a Case management conference (c/f 9/15/20) scheduled for 11/04/2020 at 09:30 AM in Stanley Mosk Courthouse at Department 49

**09/15/2020** Notice of Ruling; Filed by: ROSS STORES, INC., (Defendant)

**09/15/2020** Minute Order (Case Management Conference)

**09/15/2020** Case Management Conference scheduled for 09/15/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 49 updated: Result Date to 09/15/2020; Result Type to Held - Continued

**09/14/2020** Address for Reuben Yeroushalmi (Attorney) updated

**09/14/2020** Address for Jeffrey Margulies (Attorney) updated

**08/27/2020** Answer; Filed by: ROSS STORES, INC., (Defendant); As to: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**08/27/2020** Case Management Statement; Filed by: ROSS STORES, INC., (Defendant)

**07/29/2020** Proof of Service by Mail; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**07/13/2020** Notice of Case Management Conference; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff)

**07/08/2020** Summons on Complaint (1st); Issued and Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: ROSS STORES, INC., (Defendant)

**06/24/2020** Amended Complaint (1st); Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: ROSS STORES, INC., (Defendant)

**05/18/2020** Case Management Conference scheduled for 09/15/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 49

**05/18/2020** Notice of Case Management Conference; Filed by: Clerk

**05/18/2020** Case assigned to Hon. Stuart M. Rice in Department 49 Stanley Mosk Courthouse

**05/15/2020** Complaint; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: ROSS STORES, INC., (Defendant); DOES 1-130 (Defendant)

**05/15/2020** Summons on Complaint; Issued and Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: ROSS STORES, INC., (Defendant); DOES 1-130 (Defendant)

**05/15/2020** Civil Case Cover Sheet; Filed by: CONSUMER ADVOCACY GROUP, INC., (Plaintiff); As to: ROSS STORES, INC., (Defendant); DOES 1-130 (Defendant)

**05/15/2020** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

[NEW SEARCH]

Privacy Statement    |    Disclaimer    |    Employment    |    ADA    |    Holidays    |    Comment on our Website            Copyright © 2022 Superior Court of California, County of Los Angeles