| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Carol R. Brophy (SBN 155767); Dina Adham (SBN 203048) <br> STEPTOE & JOHNSON LLP <br> 1 Market Street, Spear Tower, 39th Floor <br> San Francisco, CA 94105 <br> TELEPHONE NO.: 415-365-6700   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: cbrophy@steptoe.com; dadham@steptoe.com <br> ATTORNEY FOR *(Name)*: Defendant Enchante Accessories, Inc. | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |
|---|
| STREET ADDRESS: 111 N. Hill Street |
| MAILING ADDRESS: 111 N. Hill Street |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Stanley Mosk Courthouse |

| PLAINTIFF/PETITIONER: Consumer Advocacy Group, Inc. | CASE NUMBER: <br> 20STCV45871 |
|---|---|
| DEFENDANT/RESPONDENT: Ross Stores, Inc. dba DD's Discounts, et al. | JUDICIAL OFFICER: <br> Hon. Jon R. Takasugi |
| **NOTICE OF RELATED CASE** | DEPT.: <br> 17 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Consumer Advocacy Group, Inc. v Ross Stores, Inc. dba DD's Discounts, et al.
   b. Case number: 19STCV25883
   c. Court: [✓] same as above
      [ ] other state or federal court *(name and address)*:
   d. Department: 39
   e. Case type: [ ] limited civil [✓] unlimited civil [ ] probate [ ] family law [ ] other *(specify)*:
   f. Filing date: July 23, 2019
   g. Has this case been designated or determined as "complex?" [ ] Yes [✓] No
   h. Relationship of this case to the case referenced above *(check all that apply)*:
      [✓] involves the same parties and is based on the same or similar claims.
      [ ] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      [ ] involves claims against, title to, possession of, or damages to the same property.
      [ ] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         [ ] Additional explanation is attached in attachment 1h
   i. Status of case:
      [✓] pending
      [ ] dismissed [ ] with [ ] without prejudice
      [ ] disposed of by judgment

2. a. Title: Consumer Advocacy Group, Inc. v Ross Stores, Inc. dba DD's Discounts, et al.
   b. Case number: RG19034033
   c. Court: [ ] same as above
      [✓] other state or federal court *(name and address)*: Alameda County, 1225 Fallon Street St., Oakland
   d. Department: 49

Page 1 of 3

2. *(continued)*
   e. Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*
   f. Filing date: May 15, 2020
   g. Has this case been designated or determined as "complex?" ☐ Yes ☑ No
   h. Relationship of this case to the case referenced above *(check all that apply):*
      ☑ involves the same parties and is based on the same or similar claims.
      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☐ involves claims against, title to, possession of, or damages to the same property.
      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         ☐ Additional explanation is attached in attachment 2h
   i. Status of case:
      ☑ pending
      ☐ dismissed  ☐ with  ☐ without prejudice
      ☐ disposed of by judgment

3. a. Title: Consumer Advocacy Group, Inc. v Ross Stores, Inc. dba DD's Discounts, et al.
   b. Case number: 20STCV18693
   c. Court: ☑ same as above
             ☐ other state or federal court *(name and address):*
   d. Department: 49
   e. Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*
   f. Filing date: May 15, 2020
   g. Has this case been designated or determined as "complex?" ☐ Yes ☑ No
   h. Relationship of this case to the case referenced above *(check all that apply):*
      ☑ involves the same parties and is based on the same or similar claims.
      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☐ involves claims against, title to, possession of, or damages to the same property.
      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         ☐ Additional explanation is attached in attachment 3h
   i. Status of case:
      ☑ pending
      ☐ dismissed  ☐ with  ☐ without prejudice
      ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: April 18, 2022

Dina Adham
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

► *[signature]*
(SIGNATURE OF PARTY OR ATTORNEY)

# PROOF OF SERVICE

I am a resident of, or employed in, San Francisco, California. I am over the age of 18 and not a party to this action. My business address is Steptoe & Johnson LLP, 1 Market Street, Spear Tower, Suite 3900, San Francisco, California 94105. On **April 18, 2022**, I served the following:

- **NOTICE OF RELATED CASE**

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ ELECTRONIC MAIL - by causing the document(s) listed above to be sent via E-MAIL to the counsel of record on this case. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Counsel for Plaintiff CONSUMER ADVOCACY GROUP, INC.:**
Reuben Yeroushalmi, Esq.
Shannon E. Royster, Esq.
Yeroushalmi & Yeroushalmi
9100 Wilshire Blvd. Suite 240W
Beverly Hills, CA 90212-3497
reuben@yeroushalmi.com
shannon@yeroushalmi.com
Phone: 310-623-1926 | Fax: 310-623-1930

**Counsel for Defendants Ross Stores, Inc. dba DD's Discounts, Ross Dress For Less, Inc., Ross Procurement, Inc., and Perfect Image, LLC:**
Jeffrey B. Margulies, Esq.
Eva Yang, Esq.
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
jeff.margulies@nortonrosefulbright.com;
eva.yang@nortonrosefulbright.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 18, 2022 at San Rafael, California.

*/s/ Sarah Bergmueller*
Sarah Bergmueller