



| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>For persons without attorneys | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS
English

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 20STCV45871
CONSUMER ADVOCACY GROUP, INC. VS ROSS STORES, INC., ET AL.

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 12/01/2020
**Case Type:** Other Non-Personal Injury/Property Damage tort (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**11/29/2022** at 09:30 AM in Department 17 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Compel Further Discovery Responses

**11/29/2022** at 09:30 AM in Department 17 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Bifurcate

**06/15/2023** at 10:00 AM in Department 17 at 111 North Hill Street, Los Angeles, CA 90012
Final Status Conference

**06/26/2023** at 10:00 AM in Department 17 at 111 North Hill Street, Los Angeles, CA 90012
Non-Jury Trial

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

BROPHY CAROL R. - Attorney for Non-Party

CONSUMER ADVOCACY GROUP INC. - Plaintiff

DOES 1-30 - Defendant

ENCHANTE ACCESSORIES INC. - Non-Party
GAFNI ADAM IRVING - Attorney for Plaintiff
RAGLIN DENNIS E. - Attorney for Defendant
ROSS STORES INC. DBA DD?S DISCOUNTS DBA DD?S DISCOUNTS A DELAWARE CORPORATION - Defendant
YANG EVA - Attorney for Defendant
YEROUSHALMI REUBEN - Attorney for Plaintiff

## DOCUMENTS FILED

Case Information  |  Register Of Actions  |  FUTURE HEARINGS  |  PARTY INFORMATION  |  Documents Filed  |  Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
01/21/2022

**10/19/2022** Minute Order ( (Hearing on Motion to Compel Further Discovery Responses))
Filed by Clerk

**10/13/2022** Minute Order ( (Informal Discovery Conference (IDC)))
Filed by Clerk

**10/13/2022** Informal Discovery Conference (STATEMENT)
Filed by Enchante Accessories, Inc. (Non-Party)

**10/13/2022** Informal Discovery Conference (PLAINTIFF CONSUMER ADVOCACY GROUP, INC'S SUMMARY STATEMENT RE: INFORMAL DISCOVRY CONFERENCE.)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**10/12/2022** Reply (MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO CONSUMER ADVOCACY GROUP, INC.)
Filed by Enchante Accessories, Inc. (Non-Party)

**10/07/2022** Certificate of Mailing for ((Court Order re: Request for Informal Discovery Conference) of 10/07/2022)
Filed by Clerk

**10/07/2022** Minute Order ( (Court Order re: Request for Informal Discovery Conference))
Filed by Clerk

**10/07/2022** Informal Discovery Conference
Filed by Enchante Accessories, Inc. (Non-Party)

**10/07/2022** Informal Discovery Conference
Filed by Enchante Accessories, Inc. (Non-Party)

**10/07/2022** Informal Discovery Conference
Filed by Enchante Accessories, Inc. (Non-Party)

**10/04/2022** Opposition (PLAINTIFF CONSUMER ADVOCACY GROUP, INC.?S OPPOSITION TO DEFENDANT IN INTERVENTION ENCHANTE ACCESSORIES, INC.?S MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**10/03/2022** Declaration (OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO BIFURCATE CASE FOR TRIAL)
Filed by Enchante Accessories, Inc. (Non-Party)

**10/03/2022** Motion to Bifurcate
Filed by Enchante Accessories, Inc. (Non-Party)

**09/29/2022** Stipulation - No Order (STIPULATED PROTECTIVE ORDER)
Filed by Enchante Accessories, Inc. (Non-Party)

**09/22/2022** Notice (of Continuance of Trial Date)
Filed by Enchante Accessories, Inc. (Non-Party)

**09/16/2022** Minute Order ( (Hearing on Ex Parte Application TO CONTINUE TRIAL))
Filed by Clerk

**09/15/2022** Opposition (to Defendant's Ex Parte Application to Continue Trial)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**09/15/2022** Declaration in Support of Ex Parte Application
Filed by Enchante Accessories, Inc. (Non-Party)

**09/15/2022** Proof of Service (not Summons and Complaint)
Filed by Enchante Accessories, Inc. (Non-Party)

**09/15/2022** Ex Parte Application (TO CONTINUE TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES; IN SUPPORT THEREOF)
Filed by Enchante Accessories, Inc. (Non-Party)

**08/30/2022** Notice (OF ERRATA)
Filed by Enchante Accessories, Inc. (Non-Party)

**08/29/2022** Separate Statement
Filed by Enchante Accessories, Inc. (Non-Party)

**08/29/2022** Proof of Service (not Summons and Complaint)
Filed by Enchante Accessories, Inc. (Non-Party)

**08/29/2022** Declaration (OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.?S MOTION TO COMPEL RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO CONSUMER ADVOCACY GROUP, INC.)
Filed by Enchante Accessories, Inc. (Non-Party)

**08/29/2022** Motion to Compel Further Discovery Responses
Filed by Enchante Accessories, Inc. (Non-Party)

**07/13/2022** Consent to Electronic Service and Notice of Electronic Service Address
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**04/21/2022** Certificate of Mailing for ((Court Order: NOTICE OF RELATED CASE) of 04/21/2022)
Filed by Clerk

**04/21/2022** Minute Order ((Court Order: NOTICE OF RELATED CASE) of 04/21/2022)
Filed by Clerk

**04/20/2022** Notice (OF UNAVAILABILITY OF COUNSEL)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**04/18/2022** Notice of Related Case
Filed by Enchante Accessories, Inc. (Non-Party)

**02/24/2022** Answer
Filed by Enchante Accessories, Inc. (Non-Party)

**02/03/2022** Minute Order ( (Hearing on Motion for Leave to Intervene))
Filed by Clerk

**01/27/2022** Stipulation and Order (PERMITTING INTERVENTION OF ENCHANTE ACCESSORIES, INC. AS A DEFENDANT-IN-INTERVENTION)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**01/25/2022** Notice of Ruling (RE: STATUS CONFERENCE)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   01/21/2022

**01/21/2022** Minute Order ( (Case Management Conference))
Filed by Clerk

**01/19/2022** Notice (Notice of Association of Counsel)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**01/19/2022** Notice (of Association of Counsel)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**01/14/2022** Case Management Statement
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**01/06/2022** Case Management Statement
Filed by Ross Stores, Inc. (Defendant)

**10/28/2021** Request for Dismissal
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**10/26/2021** Declaration (of Dennis Raglin)
Filed by Ross Stores, Inc. (Defendant)

**10/26/2021** Proof of Service (not Summons and Complaint)
Filed by Ross Stores, Inc. (Defendant)

**10/26/2021** Motion for Leave to Intervene
Filed by Ross Stores, Inc. (Defendant)

**05/25/2021** Minute Order ( (Case Management Conference))
Filed by Clerk

**05/10/2021** Case Management Statement
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**05/10/2021** Case Management Statement
Filed by Ross Stores, Inc. (Defendant)

**02/24/2021** Answer (DEFENDANT ROSS STORES, INC.?S ANSWER TO PLAINTIFF CONSUMER ADVOCACY GROUP, INC.?S FIRST AMENDED COMPLAINT)
Filed by Ross Stores, Inc. (Defendant)

**02/01/2021** Notice (of Case Management Conference)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**01/25/2021** Proof of Service by Mail
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**01/15/2021** Notice of Case Management Conference
Filed by Clerk

**12/23/2020** Amended Complaint ( (1st))
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**12/01/2020** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**12/01/2020** Summons (on Complaint)
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**12/01/2020** Civil Case Cover Sheet
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

**12/01/2020** Complaint
Filed by Consumer Advocacy Group, Inc. (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   01/21/2022

## PROCEEDINGS HELD

Case Information  |  Register Of Actions  |  FUTURE HEARINGS  |  PARTY INFORMATION  |  Documents Filed  |  Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**

10/24/2022 at 10:00 AM in Department 17
Non-Jury Trial ((With a 15-17 Days Time Estimate)) - **Not Held - Advanced and Continued - by Court**

10/19/2022 at 09:30 AM in Department 17, Jon R. Takasugi, Presiding
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Continued - Court's Motion**

10/13/2022 at 10:00 AM in Department 17
Final Status Conference - **Not Held - Advanced and Continued - by Court**

10/13/2022 at 1:30 PM in Department 17, Jon R. Takasugi, Presiding
Informal Discovery Conference (IDC) - **Held**

10/07/2022 at 4:14 PM in Department 17, Jon R. Takasugi, Presiding
Court Order

09/16/2022 at 08:30 AM in Department 17, Jon R. Takasugi, Presiding
Hearing on Ex Parte Application (TO CONTINUE TRIAL) - **Held - Motion Granted**

04/21/2022 at 10:29 AM in Department , Stephen I. Goorvitch, Presiding
Court Order - **Held**

02/03/2022 at 09:30 AM in Department 17, Jon R. Takasugi, Presiding
Hearing on Motion for Leave to Intervene - **Held - Motion Granted**

01/21/2022 at 08:30 AM in Department 17, Jon R. Takasugi, Presiding
Case Management Conference - **Held**

05/25/2021 at 08:30 AM in Department 17, Jon R. Takasugi, Presiding
Case Management Conference - **Held - Continued**

## REGISTER OF ACTIONS

Case Information  |  Register Of Actions  |  FUTURE HEARINGS  |  PARTY INFORMATION  |  Documents Filed  |  Proceedings Held

**10/19/2022** Hearing on Motion to Compel Further Discovery Responses scheduled for 11/29/2022 at 09:30 AM in Stanley Mosk Courthouse at Department 17

**10/19/2022** Minute Order (Hearing on Motion to Compel Further Discovery Responses)

**10/19/2022** On the Court's own motion, Hearing on Motion to Compel Further Discovery Responses scheduled for 10/19/2022 at 09:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Continued - Court's Motion was rescheduled to 11/29/2022 09:30 AM

**10/13/2022** Informal Discovery Conference PLAINTIFF CONSUMER ADVOCACY GROUP, INC'S SUMMARY STATEMENT RE: INFORMAL DISCOVRY CONFERENCE. Filed by: Consumer Advocacy Group, Inc. (Plaintiff)

10/13/2022 Informal Discovery Conference STATEMENT; Filed by: Enchante Accessories, Inc. (Non-Party)

10/13/2022 Minute Order (Informal Discovery Conference (IDC))

10/13/2022 Informal Discovery Conference (IDC) scheduled for 10/13/2022 at 01:30 PM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 10/13/2022; Result Type to Held

10/12/2022 Reply MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO CONSUMER ADVOCACY GROUP, INC. Filed by: Enchante Accessories, Inc. (Non-Party)

10/07/2022 Informal Discovery Conference (IDC) scheduled for 10/13/2022 at 01:30 PM in Stanley Mosk Courthouse at Department 17

10/07/2022 Informal Discovery Conference; Filed by: Enchante Accessories, Inc. (Non-Party)

10/07/2022 Informal Discovery Conference; Filed by: Enchante Accessories, Inc. (Non-Party)

10/07/2022 Informal Discovery Conference; Filed by: Enchante Accessories, Inc. (Non-Party)

10/07/2022 Updated -- Informal Discovery Conference: Filed By: Enchante Accessories, Inc. (Non-Party); Result changed from Denied to Granted; Result Date changed from 10/06/2022 to 10/07/2022; As To Parties: removed

10/07/2022 Updated -- Informal Discovery Conference: Result Date changed from 09/27/2022 to 10/07/2022; As To Parties: removed

10/07/2022 Minute Order (Court Order re: Request for Informal Discovery Conference)

10/07/2022 Certificate of Mailing for (Court Order re: Request for Informal Discovery Conference) of 10/07/2022; Filed by: Clerk

10/06/2022 Updated -- Informal Discovery Conference: Filed By: Enchante Accessories, Inc. (Non-Party); Result changed from Granted to Denied; Result Date changed from 10/07/2022 to 10/06/2022

10/04/2022 Opposition PLAINTIFF CONSUMER ADVOCACY GROUP, INC.'S OPPOSITION TO DEFENDANT IN INTERVENTION ENCHANTE ACCESSORIES, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE; Filed by: Consumer Advocacy Group, Inc. (Plaintiff)

10/04/2022 Hearing on Motion to Bifurcate scheduled for 11/29/2022 at 09:30 AM in Stanley Mosk Courthouse at Department 17

10/03/2022 Motion to Bifurcate; Filed by: Enchante Accessories, Inc. (Non-Party)

10/03/2022 Declaration OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.S MOTION TO BIFURCATE CASE FOR TRIAL; Filed by: Enchante Accessories, Inc. (Non-Party)

09/29/2022 Stipulation - No Order STIPULATED PROTECTIVE ORDER; Filed by: Enchante Accessories, Inc. (Non-Party); As to: Consumer Advocacy Group, Inc. (Plaintiff)

09/27/2022 Updated -- Informal Discovery Conference: Result Date changed from 10/07/2022 to 09/27/2022

09/22/2022 Notice of Continuance of Trial Date; Filed by: Enchante Accessories, Inc. (Non-Party)

09/16/2022 Updated -- Ex Parte Application TO CONTINUE TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES; IN SUPPORT THEREOF: Filed By: Enchante Accessories, Inc. (Non-Party); Result: Granted; Result Date: 09/16/2022

09/16/2022 Non-Jury Trial (With a 15-17 Days Time Estimate) scheduled for 06/26/2023 at 10:00 AM in Stanley Mosk Courthouse at Department 17

09/16/2022 Final Status Conference scheduled for 06/15/2023 at 10:00 AM in Stanley Mosk Courthouse at Department 17

09/16/2022 Minute Order (Hearing on Ex Parte Application TO CONTINUE TRIAL)

09/16/2022 Hearing on Ex Parte Application TO CONTINUE TRIAL scheduled for 09/16/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 09/16/2022; Result Type to Held - Motion Granted

09/16/2022 Pursuant to the request of moving party, Non-Jury Trial (With a 15-17 Days Time Estimate) scheduled for 10/24/2022 at 10:00 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Continued - by Court was rescheduled to 06/26/2023 10:00 AM

09/16/2022 Pursuant to the request of moving party, Final Status Conference scheduled for 10/13/2022 at 10:00 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Continued - by Court was rescheduled to 06/15/2023 10:00 AM

09/15/2022 Ex Parte Application TO CONTINUE TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES; IN SUPPORT THEREOF; Filed by: Enchante Accessories, Inc. (Non-Party); As to: Ross Stores, Inc. (Defendant)

09/15/2022 Proof of Service (not Summons and Complaint); Filed by: Enchante Accessories, Inc. (Non-Party)

09/15/2022 Declaration in Support of Ex Parte Application; Filed by: Enchante Accessories, Inc. (Non-Party)

09/15/2022 Hearing on Ex Parte Application TO CONTINUE TRIAL scheduled for 09/16/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 17

09/15/2022 Opposition to Defendant's Ex Parte Application to Continue Trial; Filed by: Consumer Advocacy Group, Inc. (Plaintiff)

08/30/2022 Notice OF ERRATA; Filed by: Enchante Accessories, Inc. (Non-Party)

08/30/2022 Hearing on Motion to Compel Further Discovery Responses scheduled for 10/19/2022 at 09:30 AM in Stanley Mosk Courthouse at Department 17

08/29/2022 Motion to Compel Further Discovery Responses; Filed by: Enchante Accessories, Inc. (Non-Party); As to: Consumer Advocacy Group, Inc. (Plaintiff)

08/29/2022 Declaration OF DINA ADHAM, ESQ. IN SUPPORT OF ENCHANTE ACCESSORIES, INC.'S MOTION TO COMPEL RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO CONSUMER ADVOCACY GROUP, INC. Filed by: Enchante Accessories, Inc. (Non-Party)

08/29/2022 Proof of Service (not Summons and Complaint); Filed by: Enchante Accessories, Inc. (Non-Party)

08/29/2022 Separate Statement; Filed by: Enchante Accessories, Inc. (Non-Party)

07/13/2022 Consent to Electronic Service and Notice of Electronic Service Address; Filed by: Consumer Advocacy Group, Inc. (Plaintiff)

04/21/2022 Minute Order (Court Order: NOTICE OF RELATED CASE) of 04/21/2022

04/21/2022 Certificate of Mailing for (Court Order: NOTICE OF RELATED CASE) of 04/21/2022; Filed by: Clerk

04/21/2022 The case is placed in special status of: Deemed Not Related

04/20/2022 Notice OF UNAVAILABILITY OF COUNSEL; Filed by: Consumer Advocacy Group, Inc. (Plaintiff)

04/19/2022 Updated -- Notice of Related Case: Filed By: Enchante Accessories, Inc. (Non-Party); Result: Reviewed - No Action Required; Result Date: 04/19/2022; As To Parties: removed

04/19/2022 Updated -- Carol R. Brophy (Attorney): First Name changed from Carol Rene to Carol; Middle Name changed from Rountree to R.

04/18/2022 Notice of Related Case; Filed by: Enchante Accessories, Inc. (Non-Party)

02/24/2022 Answer; Filed by: Enchante Accessories, Inc. (Non-Party); As to: Consumer Advocacy Group, Inc. (Plaintiff)

02/03/2022 Updated -- Motion for Leave to Intervene: Filed By: ROSS STORES, INC. (Defendant); Result: Granted; Result Date: 02/03/2022

02/03/2022 Amended Minute Order (Hearing on Motion for Leave to Intervene)

02/03/2022 Hearing on Motion for Leave to Intervene scheduled for 02/03/2022 at 09:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 02/03/2022; Result Type to Held - Motion Granted

02/02/2022 Updated -- Ross Stores, Inc. (Defendant): Organization Name changed from ROSS STORES, INC. to Ross Stores, Inc.

01/27/2022 Updated -- Stipulation and Order PERMITTING INTERVENTION OF ENCHANTE ACCESSORIES, INC. AS A DEFENDANT-IN-INTERVENTION: Filed By: Consumer Advocacy Group, Inc. (Plaintiff); Result: Granted; Result Date: 01/27/2022

01/25/2022 Notice of Ruling RE: STATUS CONFERENCE; Filed by: Consumer Advocacy Group, Inc. (Plaintiff)

01/21/2022 Minute Order (Case Management Conference)

01/21/2022 Case Management Conference scheduled for 01/21/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 01/21/2022; Result Type to Held

01/19/2022 Notice of Association of Counsel; Filed by: Consumer Advocacy Group, Inc. (Plaintiff); As to: Consumer Advocacy Group, Inc. (Plaintiff)

01/19/2022 Notice Notice of Association of Counsel; Filed by: Consumer Advocacy Group, Inc. (Plaintiff); As to: Consumer Advocacy Group, Inc. (Plaintiff)

01/14/2022 Case Management Statement; Filed by: Consumer Advocacy Group, Inc. (Plaintiff)

01/06/2022 Case Management Statement; Filed by: ROSS STORES, INC. (Defendant)

10/28/2021 On the Amended Complaint (1st) filed by Consumer Advocacy Group, Inc. on 12/23/2020, entered Request for Dismissal without prejudice filed by Consumer Advocacy Group, Inc., causes As to cause of action 17 only

10/26/2021 Motion for Leave to Intervene; Filed by: ROSS STORES, INC. (Defendant); As to: Consumer Advocacy Group, Inc. (Plaintiff)

10/26/2021 Proof of Service (not Summons and Complaint); Filed by: ROSS STORES, INC. (Defendant); As to: Consumer Advocacy Group, Inc. (Plaintiff)

10/26/2021 Declaration of Dennis Raglin; Filed by: ROSS STORES, INC. (Defendant)

10/26/2021 Hearing on Motion for Leave to Intervene scheduled for 02/03/2022 at 09:30 AM in Stanley Mosk Courthouse at Department 17

05/25/2021 Non-Jury Trial (With a 15-17 Days Time Estimate) scheduled for 10/24/2022 at 10:00 AM in Stanley Mosk Courthouse at Department 17

05/25/2021 Final Status Conference scheduled for 10/13/2022 at 10:00 AM in Stanley Mosk Courthouse at Department 17

05/25/2021 Minute Order (Case Management Conference)

05/25/2021 On the Court's own motion, Case Management Conference scheduled for 05/25/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Held - Continued was rescheduled to 01/21/2022 08:30 AM

05/10/2021 Case Management Statement; Filed by: ROSS STORES, INC. (Defendant)

05/10/2021 Case Management Statement; Filed by: Consumer Advocacy Group, Inc. (Plaintiff)

02/24/2021 Answer DEFENDANT ROSS STORES, INC.?S ANSWER TO PLAINTIFF CONSUMER ADVOCACY GROUP, INC.?S FIRST AMENDED COMPLAINT; Filed by: ROSS STORES, INC. (Defendant); As to: Consumer Advocacy Group, Inc. (Plaintiff)

02/01/2021 Notice of Case Management Conference; Filed by: Consumer Advocacy Group, Inc. (Plaintiff); As to: ROSS STORES, INC. (Defendant)

01/25/2021 Proof of Service by Mail; Filed by: Consumer Advocacy Group, Inc. (Plaintiff); As to: ROSS STORES, INC. (Defendant)

01/15/2021 Notice of Case Management Conference; Filed by: Clerk

01/15/2021 Case Management Conference scheduled for 05/25/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 17

01/15/2021 Case Management Conference scheduled for 01/21/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 17

12/23/2020 Amended Complaint (1st); Filed by: Consumer Advocacy Group, Inc. (Plaintiff); As to: ROSS STORES, INC. (Defendant)

12/02/2020 Case assigned to Hon. Jon R. Takasugi in Department 17 Stanley Mosk Courthouse

12/01/2020 Complaint; Filed by: Consumer Advocacy Group, Inc. (Plaintiff); As to: ROSS STORES, INC. (Defendant); DOES 1-30 (Defendant)

**12/01/2020** Civil Case Cover Sheet; Filed by: Consumer Advocacy Group, Inc. (Plaintiff); As to: ROSS STORES, INC. (Defendant); DOES 1-30 (Defendant)

**12/01/2020** Summons on Complaint; Issued and Filed by: Consumer Advocacy Group, Inc. (Plaintiff); As to: ROSS STORES, INC. (Defendant); DOES 1-30 (Defendant)

**12/01/2020** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

[ NEW SEARCH ]

Privacy Statement   |   Disclaimer   |   Employment   |   ADA   |   Holidays   |   Comment on our Website       Copyright © 2022 Superior Court of California, County of Los Angeles