



| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>For persons without attorneys | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS
English

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:**  22STCV20056
CONSUMER ADVOCACY GROUP, INC VS ROSS STORES INC., A DELAWARE CORPORATION

**Filing Courthouse:**  Stanley Mosk Courthouse

**Filing Date:**  06/20/2022
**Case Type:**  Other Non-Personal Injury/Property Damage tort (General Jurisdiction)
**Status:**  Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

11/17/2022 at 08:30 AM in Department 19 at 111 North Hill Street, Los Angeles, CA 90012
Case Management Conference

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

CONSUMER ADVOCACY GROUP INC - Plaintiff

DOES 1 - 80 - Defendant

MARGULIES JEFFREY B. - Attorney for Defendant

ROSS STORES INC. A DELAWARE CORPORATION - Defendant

YEROUSHALMI REUBEN - Attorney for Plaintiff

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**

**09/01/2022** Answer
Filed by Ross Stores Inc., a Delaware Corporation (Defendant)

**08/05/2022** Proof of Service by Substituted Service
Filed by Consumer Advocacy Group, Inc (Plaintiff)

**06/27/2022** Notice of Case Management Conference
Filed by Clerk

**06/20/2022** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**06/20/2022** Voluntary Efficient Litigation Stipulation Packet
Filed by Clerk

**06/20/2022** First Amended General Order re: Mandatory Electronic Filing
Filed by Clerk

**06/20/2022** Alternate Dispute Resolution Packet
Filed by Clerk

**06/20/2022** Civil Case Cover Sheet
Filed by Consumer Advocacy Group, Inc (Plaintiff)

**06/20/2022** Summons (on Complaint)
Filed by Consumer Advocacy Group, Inc (Plaintiff)

**06/20/2022** Complaint
Filed by Consumer Advocacy Group, Inc (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**
None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**09/01/2022** Answer; Filed by: Ross Stores Inc., a Delaware Corporation (Defendant); As to: Consumer Advocacy Group, Inc (Plaintiff)

**08/05/2022** Proof of Service by Substituted Service; Filed by: Consumer Advocacy Group, Inc (Plaintiff); As to: Ross Stores Inc., a Delaware Corporation (Defendant); Proof of Mailing Date: 08/05/2022; Service Cost: 0.00; Service Cost Waived: No

**06/27/2022** Notice of Case Management Conference; Filed by: Clerk

**06/27/2022** Case Management Conference scheduled for 11/17/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 19

**06/27/2022** Address for Reuben Yeroushalmi (Attorney) updated

**06/21/2022** Case assigned to Hon. Stephanie M. Bowick in Department 19 Stanley Mosk Courthouse

**06/20/2022** Complaint; Filed by: Consumer Advocacy Group, Inc (Plaintiff); As to: Ross Stores Inc., a Delaware Corporation (Defendant)

**06/20/2022** Summons on Complaint; Issued and Filed by: Consumer Advocacy Group, Inc (Plaintiff); As to: Ross Stores Inc., a Delaware Corporation (Defendant)

**06/20/2022** Civil Case Cover Sheet; Filed by: Consumer Advocacy Group, Inc (Plaintiff); As to: Ross Stores Inc., a Delaware Corporation (Defendant)

**06/20/2022** Alternate Dispute Resolution Packet; Filed by: Clerk

**06/20/2022** First Amended General Order re: Mandatory Electronic Filing; Filed by: Clerk

**06/20/2022** Voluntary Efficient Litigation Stipulation Packet; Filed by: Clerk

**06/20/2022** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

[ NEW SEARCH ]

Privacy Statement    |    Disclaimer    |    Employment    |    ADA    |    Holidays    |    Comment on our Website            Copyright © 2022 Superior Court of California, County of Los Angeles