

https://www.p65warnings.ca.gov/fact-sheets/di2-ethylhexylphthalate-dehp#:~:text=DEHP%20is%20on%20the%20Proposition,harm%20the%20male%20reproductive%20system. (last visited October 26, 2022)