| | |
|---|---|
| 1 | Reuben Yeroushalmi (SBN 193981) |
| 2 | **YEROUSHALMI & YEROUSHALMI\*** |
| 3 | 9100 Wilshire Boulevard, Suite 240W<br>Beverly Hills, California 90212 |
| 4 | Telephone:   310.623.1926<br>Facsimile:   310.623.1930 |
| 5 | |
| 6 | Attorney for Defendant,<br>CONSUMER ADVOCACY GROUP |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCHANTE ACCESSORIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CONSUMER ADVOCACY GROUP, INC., in the public interest.<br><br>Defendants. | CASE NO. 4:22-cv-05035-DMR<br>**[The Honorable Donna M. Ryu]**<br><br>**DECLARATION OF MICHAEL MARCUS IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND IN SUPPORT OF DEFENDANT CONSUMER ADVOCACY GROUP'S MOTION TO DISMISS COMPLAINT**<br><br>**[Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; and [Proposed] Order**<br>Date:        **December 8, 2022**<br>Time:        1:00 p.m.<br>Courtroom:   4<br><br>Complaint Filed:   September 7, 2022<br>Trial Date:        Not Yet Set |

-1-

## DECLARATION OF MICHAEL MARCUS

I, Michael Marcus, declare as follows based on personal knowledge, and if called upon to testify under oath to the assertions below, I would do so competently. I am an adult, over age 18, and have full capacity to make this affidavit. I am the director of Defendant, Consumer Advocacy Group, Inc. ("CAG").

1. Defendant CAG has successfully settled more than 302 cases till date obtaining injunctive relief on products containing DEHP and extracting more than $1,154,024 in civil penalties.

2. Defendant CAG is a California corporation with its headquarters in the County of Los Angeles California. CAG has no employees in the Northern District of California and conducts no regular business operations in Northern District of California. It would be unfair and unnecessarily costly to litigate in the Northern District when no evidence or witnesses are located in the Northern District of California.

## SETTLEMENTS WITH PROPOSITION 65 ENFORCERS

3. CA Citizen Protection Group, LLC ("CCPG") and Enchante settled their lawsuit related to the Organizer containing DEHP, including as a carcinogen, and reached a consent judgment on April 6, 2022. Attached as **Exhibit AA** is a copy of the consent judgement and Attached as **Exhibit BB** is the Court Order granting the same. For the convenience of the Court, Defendant has attached a summary of all the documents in the last page of this document as **Exhibit GG**.

4. Till date, Plaintiff Enchante has received 36 notices of violation under Proposition 65 for products containing DEHP. A summary of all Notices per Attorney General's website is

-2-

Declaration of Michael Marcus　　　　　　　*Enchante Accessories Inc. v. Consumer Advocacy Group, Inc.*
in Support of CAG's Motion to Dismiss　　　　　　　　　　CASE NO. 4:22-cv-05035-DMR

attached as **Exhibit CC**. I prepared this summary from the documents available publicly on the Attorney General website: https://oag.ca.gov/prop65/60-day-notice-search-results?combine=&combine_1=&field_prop65_defendant_value=Enchante&field_prop65_chemical_tid%5B%5D=260&field_prop65_chemical_tid%5B%5D=723&sort_by=field_prop65_date_value&items_per_page=100.

5. Till date, Plaintiff Enchante has entered into a total of 27 settlements with various entities as to DEHP in their product. Out of this 27, 23 are out of court settlements and 4 are court approved consent judgements. All Enchante out of court settlements are attached as **Exhibit DD** and all Enchante consent judgement are attached as **Exhibit EE**. I obtained/downloaded these documents available publicly from the California Attorney General website: https://oag.ca.gov/prop65/60-day-notice-search-results?combine=&combine_1=&field_prop65_defendant_value=Enchante&field_prop65_chemical_tid%5B%5D=260&field_prop65_chemical_tid%5B%5D=723&sort_by=field_prop65_date_value&items_per_page=100.

6. Till date, Plaintiff's retailer Ross Stores has entered into a total of 45 consent judgements as to DEHP in their product, out of which 1 is arising from Plaintiff's Enchante's sale of product containing DEHP. Copy of consent judgement entered into by Ross involving Enchante product is attached as **Exhibit FF**. I obtained/downloaded these documents available publicly from the California Attorney General website: https://oag.ca.gov/prop65/60-day-notice-search-results?combine=&combine_1=&field_prop65_defendant_value=%22Ross+Stores%22&date_filter%5Bmin%5D%5Bdate%5D=&date_filter%5Bmax%5D%5Bdate%5D=&field_prop65_product_value=&field_prop65_chemical_tid%5B%5D=260&field_prop65_chemical_tid%5B%5D=723&sort_by=field_prop65_date_value&items_per_page=100.

Declaration of Michael Marcus  *Enchante Accessories Inc. v. Consumer Advocacy Group, Inc.*
in Support of CAG's Motion to Dismiss  CASE NO. 4:22-cv-05035-DMR

7. Over the years, CAG has achieved over 650 settlements of which at least 472 include reformulation. The other settlements included other forms of injunctive relief and conferred a public benefit.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2022 at Beverly Hills, California.

Dated: October 28, 2022



Michael Marcus

Director of Defendant,
CONSUMER ADVOCACY GROUP, INC.

-4-

Declaration of Michael Marcus
in Support of CAG's Motion to Dismiss

*Enchante Accessories Inc. v. Consumer Advocacy Group, Inc.*
CASE NO. 4:22-cv-05035-DMR