# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

Hayward Hall of Justice

| | |
|---|---|
| CA Citizen Protection Group, LLC<br>Plaintiff/Petitioner(s)<br>vs.<br>Enchante Accessories, Inc.<br>Defendant/Respondent(s) | No. 22CV006164<br>Date: 09/09/2022<br>Time: 10:30 AM<br>Dept: 517<br>Judge: Somnath Raj Chatterjee<br><br>ORDER re: Hearing on Motion - Other To Approve and Enter Stipulated Consent Judgment |

Prior to the hearing, the Court issued a tentative ruling, which was uncontested and is affirmed as set forth below.

The Motion for Order TO APPROVE AND ENTER STIPULATED CONSENT JUDGMENT filed by CA Citizen Protection Group, LLC on 08/12/2022 is Granted.

Dated: 09/09/2022

*Somnath Raj Chatty*

Somnath Raj Chatterjee / Judge

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Hayward Hall of Justice<br>24405 Amador Street, Hayward, CA 94544 | FILED<br>Superior Court of California<br>County of Alameda<br>09/13/2022<br>Chad Finke, Executive Officer/Clerk of the Court<br>By: _____ D. Labrecque, Deputy |
| PLAINTIFF/PETITIONER:<br>CA Citizen Protection Group, LLC | |
| DEFENDANT/RESPONDENT:<br>Enchante Accessories, Inc. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>22CV006164 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Hayward, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

ANDRE A. KHANSARI
Khansari Law Corporation
16133 Ventura Blvd.
Suite 1200
Encino, CA 91436

Carol Rene Rountree Brophy
STEPTOE & JOHNSON LLP
1 Market Street, #3900 Spear Tower
San Francisco, CA 94105

Chad Finke, Executive Officer / Clerk of the Court

Dated: 09/13/2022    By: _____
D. Labrecque, Deputy Clerk

**CERTIFICATE OF MAILING**