Subscribe to Our Newsletter    [Enter your email...]    Subscribe



**ROB BONTA**
*Attorney General*

# 60-Day Notice Search Results

## Showing 1 to 36 of 36 Notices

## AG Number 2007-00289 (View Details)

**Notice PDF:** 2007-00289.pdf

**Date Filed:** 11/20/2007

**Noticing Party:** Anthony E. Held, Ph.D., P.E.

**Plaintiff Attorney:**  **Alleged Violators:** Enchante Accessories, Inc.; Michaels Stores, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate

**Source:** Children's Bath Toys

Complaint (1)   Settlement (1)   Judgment (1)

## AG Number 2010-00552 (View Details)

**Notice PDF:** 2010-00552.pdf

**Date Filed:** 10/15/2010

**Noticing Party:** John Moore

**Plaintiff Attorney:**  **Alleged Violators:** Enchante Accessories, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate

**Source:** Book covers

Complaint (1)   Settlements (2)   Judgment (1)

## AG Number 2014-00742 (View Details)

**Notice PDF:** 2014-00742.pdf

**Date Filed:** 08/28/2014

**Noticing Party:** Anthony E. Held, Ph.D., P.E.

Plaintiff Attorney:  Joanne Ratto

**Alleged Violators:**  Enchante Accessories Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Vinyl/PVC Eye Masks

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2017-00136 (View Details)

**Notice PDF:**  📄 2017-00136.pdf

**Date Filed:**  02/03/2017

**Noticing Party:**  Precila Balabbo

**Plaintiff Attorney:**  Evan J. Smith

**Alleged Violators:**  Enchante Accessories Inc.; THe TJX Operating Companies Inc.; NBC Fourth Realty Corp.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Beauty Concepts Quick Fix, UPC No. 729016752078

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2017-02590 (View Details)

**Notice PDF:**  📄 2017-02590.pdf

**Date Filed:**  12/13/2017

**Noticing Party:**  Anthony E. Held, Ph.D., P.E.

**Plaintiff Attorney:**  **Alleged Violators:**  Enchante Accessories Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Vinyl/PVC Storage Bin Handles

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2017-02655 (View Details)

**Notice PDF:**  📄 2017-02655.pdf

**Date Filed:**  12/21/2017

**Noticing Party:**  Shefa LMV, Inc.

**Plaintiff Attorney:**  Law Offices of Daniel N. Greenbaum

**Alleged Violators:**  Enchante Accessories, Inc; The TJX Companies, Inc

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Body Prescriptions Silk Pore Exfoliating Cleanser; UPC72901699947; G7ACCL02 8715-1550-074160-81

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2018-00384 (View Details)

**Notice PDF:**  2018-00384.pdf

**Date Filed:** 03/19/2018

**Noticing Party:** Hector Velarde

**Plaintiff Attorney:** Evan J. Smith

**Alleged Violators:** Enchante Accessories Inc.; Ross Stores Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Catherine Malandrino Case, RN#99605

Complaint (0)   Settlement (1)   Judgment (1)

## AG Number 2018-00979 (View Details)

**Notice PDF:**  2018-00979.pdf

**Date Filed:** 06/18/2018

**Noticing Party:** Ema Bell

**Plaintiff Attorney:** Evan J. Smith

**Alleged Violators:** Enchante Accessories Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** 2018 Planner w/ Mermaid decal), 81-4816-288464-001299-24-9

**Comments:** This NOV is intended to supplement prior filed AG#2018-804. AG#2018-804 has already provided notice to TJX. The reason for the supplement is to also provide notice to Enchante, the manufacturer of the Product.

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2018-02053 (View Details)

**Notice PDF:**  2018-02053.pdf

**Date Filed:** 11/12/2018

**Noticing Party:** Ecological Alliance, LLC

**Plaintiff Attorney:** Custodio & Dubey LLP

**Alleged Violators:** Enchante Accessories, Inc.; Ross Stores, Inc.; T.J. Maxx of CA, LLC

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP), Diisononyl phthalate (DINP)

**Source:** gentlemen's kits , hanging organizers, travel kits

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2018-02209 (View Details)

**Notice PDF:**  📄 2018-02209.pdf

**Date Filed:** 12/06/2018

**Noticing Party:** Dennis Johnson

**Plaintiff Attorney:** Voorhees & Bailey, LLP

**Alleged Violators:** Enchante Accessories, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Bag Clips

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2019-00119 (View Details)

**Notice PDF:**  📄 2019-00119.pdf

**Date Filed:** 01/18/2019

**Noticing Party:** Consumer Advocacy Group, Inc.

**Plaintiff Attorney:**  **Alleged Violators:** Ross Dress for Less; Enchante Accessories, Inc.; Ross Stores, Inc.; Ross Stores Asset 1 Company; Nicole Miller Ltd. Soho; Nicole Miller Showroom; B Brand Konheim; Kobra International, Ltd.; Ross Stores

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Plastic Cosmetic Bag

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2019-00388 (View Details)

**Notice PDF:**  📄 2019-00388.pdf

**Date Filed:** 02/22/2019

**Noticing Party:** Anthony Ferreiro

**Plaintiff Attorney:** Evan J. Smith, Esquire

**Alleged Violators:** DAFU Licensing, Inc.; Enchante Accessories, Inc.; Ross Stores, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Dadisy Fuentes Nail Polish Collection - clear plastic and black zipper areas, UPC#192598136602

Complaint (1)   Settlement (0)   Judgment (0)

## AG Number 2019-00414 (View Details)

**Notice PDF:**  2019-00414.pdf

**Date Filed:**  02/26/2019

**Noticing Party:**  Consumer Advocacy Group, Inc.

**Plaintiff Attorney:**  **Alleged Violators:**  Ross Dress For Less Store 0247; Enchante Accessories, Inc.; EAI; Ross Stores, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Plastic Covered Notebooks

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2019-00690 (View Details)

**Notice PDF:**  2019-00690.pdf

**Date Filed:**  04/12/2019

**Noticing Party:**  Ecological Alliance, LLC

**Plaintiff Attorney:**  Custodio & Dubey LLP

**Alleged Violators:**  Enchante Accessories, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  stationary pouches

**Comments:**  This Notice Amends AG#2019-00480 to replace Burlington Coat Factory Direct Corporation with Enchante Accessories, Inc.

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2019-00743 (View Details)

**Notice PDF:**  2019-00743.pdf

**Date Filed:**  04/17/2019

**Noticing Party:**  Anthony Ferreiro

**Plaintiff Attorney:**  Evan J. Smith, Esquire

**Alleged Violators:**  Enchante Accessories, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Room 2 Room Hanging Jewelry Organizer - Clear Plastic, UPC#400027049301

**Comments:**  This notice revises previously filed notice AG#2018-01459 to provide notice to the manufacturer of the product, Enchante Accessories, Inc.

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2019-00767 (View Details)

**Notice PDF:**  📄 2019-00767.pdf

**Date Filed:**  04/22/2019

**Noticing Party:**  CA Citizen Protection Group, LLC

**Plaintiff Attorney:**  Andre A. Khansari

**Alleged Violators:**  Enchante Accessories, Inc.; The TJX Companies, Inc.; T.J. Maxx of CA, LLC

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Mixed Metals Cosmetic Case

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2019-01363 (View Details)

**Notice PDF:**  📄 2019-01363.pdf

**Date Filed:**  07/19/2019

**Noticing Party:**  Ema Bell

**Plaintiff Attorney:**  Evan J. Smith, Esquire

**Alleged Violators:**  Enchante Accessories, Inc.; Hot Topic, Inc.; Hot Topic Merchandising, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Hot Topic BlackHeart Unicorn Heads Makeup Brush Set - Clear Plastic Snap Case, 11295323

**Comments:**  This Notice amends previously filed notice AG# 2019-01137 to provide notice to defendant Enchante Accessories, Inc.

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2019-01729 (View Details)

**Notice PDF:**  📄 2019-01729.pdf

**Date Filed:**  09/06/2019

**Noticing Party:** Consumer Advocacy Group, Inc.

**Plaintiff Attorney:**  **Alleged Violators:** Enchante, Inc.; Ross Stores, Inc.; Ross Dress For Less; Ross Stores

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Cosmetic Cases with Polymer Components

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2019-01835 (View Details)

**Notice PDF:**  📄 2019-01835.pdf

**Date Filed:** 09/25/2019

**Noticing Party:** Consumer Advocacy Group, Inc.

**Plaintiff Attorney:** YEROUSHALMI & YEROUSHALMI

**Alleged Violators:** Enchante Accessories, Inc.; Edward Jay Accessories, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Kids Hair Tie with PVC Components

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2019-02294 (View Details)

**Notice PDF:**  📄 2019-02294.pdf

**Date Filed:** 12/11/2019

**Noticing Party:** Consumer Advocacy Group, Inc.

**Plaintiff Attorney:**  **Alleged Violators:** Enchante Accessories, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Planner Notebook

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2020-00627 (View Details)

**Notice PDF:**  📄 2020-00627.pdf

**Date Filed:** 03/10/2020

**Noticing Party:** Consumer Advocacy Group

**Plaintiff Attorney:**  **Alleged Violators:** Ross Dress For Less Store 0484; Enchante Accessories, Inc.; Kobra International Ltd.; Ross Stores; Ross Dress For Less; Ross Stores, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  magnifying Mirrors with Suction Cups

Complaints (2)   Settlement (0)   Judgment (0)

## AG Number 2020-00641 (View Details)

**Notice PDF:**  📄 2020-00641.pdf

**Date Filed:**  03/12/2020

**Noticing Party:**  Susan Davia

**Plaintiff Attorney:**  Sheffer Law Firm

**Alleged Violators:**  Enchante Accessories, Inc.; Marshalls.com; Marmaxx; TJX Companies, Inc

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Beauty Concepts Skin Care Cases

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2020-02069 (View Details)

**Notice PDF:**  📄 2020-02069.pdf

**Date Filed:**  08/13/2020

**Noticing Party:**  Ecological Alliance, LLC

**Plaintiff Attorney:**  Custodio & Dubey LLP

**Alleged Violators:**  Enchante Accessories, Inc.; Burlington Coat Factory Direct Corporation; T.J. Maxx of CA, LLC

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  cases of necessity kits, cases of skin care kits, cases of car seat covers

Complaint (1)   Settlement (1)   Judgment (1)

## AG Number 2021-01050 (View Details)

**Notice PDF:**  📄 2021-01050.pdf

**Date Filed:**  05/12/2021

**Noticing Party:**  Consumer Protection Group, LLC

**Plaintiff Attorney:**  Jonathan M. Genish, Esq.

**Alleged Violators:**  Enchante Accessories, Inc.; Marshalls of CA, LLC

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Ultra Plush Headband – Carry Case

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2021-01367 (View Details)

**Notice PDF:**  📄 2021-01367.pdf

**Date Filed:** 06/09/2021

**Noticing Party:** Audrey Donaldson

**Plaintiff Attorney:** Voorhees & Bailey, LLP

**Alleged Violators:** Enchante Accessories, Inc.; Kobra International Ltd.; Burlington Stores, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** PVC Toiletry Kits

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2021-01492 (View Details)

**Notice PDF:**  📄 2021-01492.pdf

**Date Filed:** 06/24/2021

**Noticing Party:** CA Citizen Protection Group, LLC

**Plaintiff Attorney:** Khansari Law Corporation

**Alleged Violators:** Enchante Accessories, Inc.; T.J. Maxx of CA, LLC

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Beauty Concepts Cuticle Nipper (with clear plastic reusable Case or Protector)

Complaint (1)   Settlement (1)   Judgment (0)

## AG Number 2021-01586 (View Details)

**Notice PDF:**  📄 2021-01586.pdf

**Date Filed:** 07/01/2021

**Noticing Party:** EnviroProtect, LLC

**Plaintiff Attorney:** Kawahito Law Group APC

**Alleged Violators:** Ross Stores, Inc.; Enchante Accessories, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Art Sketchbook (Component Tested was the Clear Plastic Marker Bag)

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2021-02066 (View Details)

**Notice PDF:**  2021-02066.pdf

**Date Filed:**  08/20/2021

**Noticing Party:**  Green Initiative LLC

**Plaintiff Attorney:**  Custodio & Dubey LLP

**Alleged Violators:**  Enchante Accessories, Inc.; Ross Stores, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP), Di-n-butyl phthalate (DBP), Diisononyl phthalate (DINP)

**Source:**  cases of manicure kits

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2021-02790 (View Details)

**Notice PDF:**  2021-02790.pdf

**Date Filed:**  11/11/2021

**Noticing Party:**  CA Citizen Protection Group, LLC

**Plaintiff Attorney:**  Khansari Law Corporation

**Alleged Violators:**  Enchante Accessories, Inc.; Ross Stores, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Pretty Little Things Jewelry Hanging Organizer

Complaint (1)   Settlement (1)   Judgment (0)

## AG Number 2021-02902 (View Details)

**Notice PDF:**  2021-02902.pdf

**Date Filed:**  11/19/2021

**Noticing Party:**  Consumer Advocacy Group

**Plaintiff Attorney:**  Yeroushalmi & Yeroushalmi

**Alleged Violators:**  Enchante Accessories Inc.; Amazon.com, Inc.; Amazon.com Services, Inc.; Amazon.com Services LLC

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Jewelry Hanging Organizer

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2022-00031 (View Details)

**Notice PDF:**  2022-00031.pdf

**Date Filed:**  01/07/2022

**Noticing Party:**  Precila Balabbo

**Plaintiff Attorney:**  Evan J. Smith

**Alleged Violators:**  BB Brand Holdings, LLC; Burlington Stores, Inc.; Burlington Coat Factory Holdings, LLC; BeBe Stores, Inc.; Enchante Accessories, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  BeBe Weekly planner/journal

**Comments:**  This notice supplements AG # 2021-1054 for the purpose of providing notice to Enchante Accessories, Inc.

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2022-00192 (View Details)

**Notice PDF:**  2022-00192.pdf

**Date Filed:**  02/01/2022

**Noticing Party:**  Precila Balabbo

**Plaintiff Attorney:**  Evan J. Smith

**Alleged Violators:**  Azzure Home, Inc.; Burlington Stores, Inc.; Burlington Coat Factory Holdings, LLC; Enchante Accessories, Inc.

**Chemical:**  Di(2-ethylhexyl)phthalate (DEHP)

**Source:**  Live Life Colorfully sketchbook set

**Comments:**  This notice supplements AG # 2021-02775 for the purpose of providing notice to Enchante Accessories, Inc.

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2022-00542 (View Details)

**Notice PDF:**  2022-00542.pdf

**Date Filed:**  03/15/2022

**Noticing Party:**  Consumer Protection Group, LLC

**Plaintiff Attorney:**  Jonathan M. Genish

**Alleged Violators:**  Enchante Accessories Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** All Purpose Bag

**Comments:** This is a re-notice to the previous NOV filed AG No. 2021-02591. This NOV provides notice to Enchante Accessories Inc.

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2022-00602 (View Details)

**Notice PDF:** 2022-00602.pdf

**Date Filed:** 03/25/2022

**Noticing Party:** Dennis Johnson

**Plaintiff Attorney:** Voorhees & Bailey, LLP

**Alleged Violators:** Enchante Accessories, Inc.; The TJX Companies, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Storage Containers With PVC Components

Complaint (0)   Settlement (1)   Judgment (0)

## AG Number 2022-00922 (View Details)

**Notice PDF:** 2022-00922.pdf

**Date Filed:** 05/10/2022

**Noticing Party:** Green Initiative LLC

**Plaintiff Attorney:** Custodio & Dubey LLP

**Alleged Violators:** Enchante Accessories, Inc.; Ross Stores, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** cases of body sponges

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2022-01988 (View Details)

**Notice PDF:** 2022-01988.pdf

**Date Filed:** 08/26/2022

**Noticing Party:** CA Citizen Protection Group, LLC

**Plaintiff Attorney:** Khansari Law Corporation

**Alleged Violators:** AMC Industries, Inc.; Marshalls of CA, LLC; The TJX Companies, Inc.

**Chemical:** Di(2-ethylhexyl)phthalate (DEHP)

**Source:** Beauty Concepts Hair Rods (clear plastic case), UPC: 192598234186

Complaint (0)   Settlement (0)   Judgment (0)

## Data Export (up to 1,000 records):

 Download Download 60-Day Notices Search Results w/ Segments

Office of the Attorney General    Accessibility    Privacy Policy    Conditions of Use    Disclaimer    © 2022 DOJ