Enchante Accessories, Inc. DEHP Notices and Reported Settlements and Judgments from 01/01/1998 to 10/25/2022

| AG Number | Date | Settlement / Judgment Date | Noticing Party | Alleged Violator(s) | Settled Notices which noticed Retail Chains who have Prop 65 Vendor Guidelines | Chemicals | Source |
|---|---|---|---|---|---|---|---|
| 2007-00289 | 11/20/2007 | | Anthony E. Held, Ph.D., P.E. | Enchante Accessories, Inc., Michaels Stores, Inc. | | Di(2-ethylhexyl)phthalate | Children's Bath Toys |
| 2007-00289 | 11/20/2007 | 01/09/2009 | Anthony E. Held, Ph.D., P.E. | Enchante Accessories, Inc., Michaels Stores, Inc. | Michaels Stores, Inc. | Di(2-ethylhexyl)phthalate | Children's Bath Toys |
| 2007-00289 | 11/20/2007 | 11/07/2008 | Anthony E. Held, Ph.D., P.E. | Enchante Accessories, Inc., Michaels Stores, Inc. | | Di(2-ethylhexyl)phthalate | Children's Bath Toys |
| 2010-00552 | 10/15/2010 | | John Moore | Enchante Accessories, Inc. | | Di(2-ethylhexyl)phthalate | Book covers |
| 2010-00552 | 10/15/2010 | 06/24/2011 | John Moore | Enchante Accessories, Inc. | | Di(2-ethylhexyl)phthalate | Book covers |
| 2010-00552 | 10/15/2010 | 03/24/2011 | John Moore | Enchante Accessories, Inc. | | Di(2-ethylhexyl)phthalate | Book covers |
| 2010-00552 | 10/15/2010 | 06/10/2011 | John Moore | Enchante Accessories, Inc. | | Di(2-ethylhexyl)phthalate | Book covers |
| 2014-00742 | 08/28/2014 | 04/03/2015 | Anthony E. Held, Ph.D., P.E. | Enchante Accessories Inc. | | Di(2-ethylhexyl)phthalate (DEHP) | Vinyl/PVC Eye Masks |
| 2017-00136 | 02/03/2017 | 06/05/2017 | Precila Balabbo | Enchante Accessories Inc., THe TJX Operating Companies Inc., NBC Fourth Realty Corp. | TJX / T.J. Maxx | Di(2-ethylhexyl)phthalate (DEHP) | Beauty Concepts Quick Fix, UPC No. 729016752078 |
| 2017-02590 | 12/13/2017 | 06/25/2018 | Anthony E. Held, Ph.D., P.E. | Enchante Accessories Inc. | | Di(2-ethylhexyl)phthalate (DEHP) | Vinyl/PVC Storage Bin Handles |
| 2017-02655 | 12/21/2017 | 10/03/2018 | Shefa LMV, Inc. | Enchante Accessories, Inc, The TJX Companies, Inc | TJX / T.J. Maxx | Di(2-ethylhexyl)phthalate (DEHP) | Body Prescriptions Silk Pore Exfoliating Cleanser; UPC72901699947; G7ACCL028715-1550-074160-81 |
| 2018-00384 | 03/19/2018 | 08/28/2019 | Hector Velarde | Enchante Accessories Inc., Ross Stores Inc. | Ross Stores Inc. | Di(2-ethylhexyl)phthalate (DEHP) | Catherine Malandrino Case, RN#99605 |
| 2018-00384 | 03/19/2018 | 08/14/2018 | Hector Velarde | Enchante Accessories Inc., Ross Stores Inc. | | Di(2-ethylhexyl)phthalate (DEHP) | Catherine Malandrino Case, RN#99605 |
| 2018-00979 | 06/18/2018 | 02/08/2019 | Ema Bell | Enchante Accessories Inc. | | Di(2-ethylhexyl)phthalate (DEHP) | 2018 Planner w/ Mermaid decal), 81-4816-288464-001299-24-9 |
| 2018-02053 | 11/12/2018 | 01/29/2019 | Ecological Alliance, LLC | Enchante Accessories, Inc., Ross Stores, Inc., T.J. Maxx of CA, LLC | TJX / T.J. Maxx | Di(2-ethylhexyl)phthalate (DEHP), Diisononyl phthalate (DINP) | gentlemen's kits, hanging organizers, travel kits |
| 2018-02209 | 12/06/2018 | 04/01/2019 | Dennis Johnson | Enchante Accessories, Inc. | | Di(2-ethylhexyl)phthalate (DEHP) | Bag Clips |

| | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | Case ID | Case Name | Court Docket Number | Non-contingent Civil Penalty | Attorney Fees | Payment in Lieu of Penalty | Injunctive Relief | Link |
| 2 | Complaint 969 | Held v. Enchante | 3.42E+13 | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2007-00289 |
| 3 | Judgment 615 | Held v. Enchante | 3.42E+13 | 9000 | 27000 | 0 | Prospective relief: reformulation and warnings. | https://oag.ca.gov/prop65/60-Day-Notice-2007-00289 |
| 4 | Settlement 896 | Held v. Enchante | 3.42E+13 | 9000 | 27000 | 0 | Prospective relief: reformulation and warnings. | https://oag.ca.gov/prop65/60-Day-Notice-2007-00289 |
| 5 | Complaint 1938 | Moore v. Enchante Accessories, Inc., et al. | RG11561293 | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2010-00552 |
| 6 | Judgment 1328 | Moore v. Enchante Accessories Inc., et al. | RG11561293 | 4000 | 32000 | 0 | Prospective Relief: Reformulation | https://oag.ca.gov/prop65/60-Day-Notice-2010-00552 |
| 7 | Settlement 1589 | Moore v. Enchante Accessories, Inc., et al. | RG11561293 | 4000 | 32000 | 0 | Prospective Relief: Reformulation | https://oag.ca.gov/prop65/60-Day-Notice-2010-00552 |
| 8 | Settlement 1667 | Moore v. Enchante Accessories Inc., et al. | RG11561296 | 4000 | 32000 | 0 | Prospective Relief: Reformulation | https://oag.ca.gov/prop65/60-Day-Notice-2010-00552 |
| 9 | Settlement 4031 | Held v. Enchante Accessories Inc. | N/A | 3000 | 22000 | 0 | Reformulation | https://oag.ca.gov/prop65/60-Day-Notice-2014-00742 |
| 10 | Settlement 5823 | Balabbo v Enchante Accessories, Inc. | N/A | 2000 | 21000 | 0 | Enchante shall only ship, sell, or offer for sale in California Reformulated Product, or Product that is labeled with a clear and reasonable warning. | https://oag.ca.gov/prop65/60-Day-Notice-2017-00136 |
| 11 | Settlement 6713 | Held v. Enchante Accessories, Inc. | n/a | 6500 | 23000 | 0 | reformulation and warnings | https://oag.ca.gov/prop65/60-Day-Notice-2017-02590 |
| 12 | Settlement 7015 | n/a | n/a | 3000 | 14500 | 0 | Reformulation and/or Warning label | https://oag.ca.gov/prop65/60-Day-Notice-2017-02655 |
| 13 | Judgment 4255 | Hector Velarde, et al., v. Ross Stores, Inc. | RG19011044 | 3000 | 32000 | 0 | Ross Stores, Inc. shall not distribute, offer for sale or sell any Product that is not a reformulated Product unless the Product is labeled with a clear Proposition 65 exposure warning. | https://oag.ca.gov/prop65/60-Day-Notice-2018-00384 |
| 14 | Settlement 6841 | Velarde v Enchante Accessories Inc. | N/A | 1000 | 14000 | 0 | Enchante shall not distribute, offer for sale or sell any Product that is not a reformulated Product unless the Product is labeled with a clear Proposition 65 exposure warning. | https://oag.ca.gov/prop65/60-Day-Notice-2018-00384 |
| 15 | Settlement 7352 | Bell v Enchante Accessories Inc. | N/A | 1000 | 13500 | 0 | Enchante shall not distribute, offer for sale or sell any Product that is not a reformulated Product unless the Product is labeled with a clear Proposition 65 exposure warning. | https://oag.ca.gov/prop65/60-Day-Notice-2018-00979 |
| 16 | Settlement 7321 | N/A | N/A | 500 | 13000 | 0 | Warning Labels | https://oag.ca.gov/prop65/60-Day-Notice-2018-02053 |
| 17 | Settlement 7498 | N/A | N/A | 2000 | 16000 | 0 | Reformulation of the Products or Warnings | https://oag.ca.gov/prop65/60-Day-Notice-2018-02209 |

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | AG Number | Date | Settlement / Judgment Date | Noticing Party | Alleged Violator(s) | Settled Notices which noticed Retail Chains who have Prop 65 Vendor Guidelines | Chemicals | Source |
| 18 | 2019-00119 | 01/18/2019 |  | Consumer Advocacy Group, Inc. | Ross Dress for Less, Enchante Accessories, Inc., Ross Stores, Inc., Ross Stores Asset 1 Company, Nicole Miller Ltd. Soho, Nicole Miller Showroom, B Brand Konheim, Kobra International, Ltd., Ross Stores |  | Di(2-ethylhexyl)phthalate (DEHP) | Plastic Cosmetic Bag |
| 19 | 2019-00388 | 02/22/2019 |  | Anthony Ferreiro | DAFU Licensing, Inc., Enchante Accessories, Inc., Ross Stores, Inc. | Ross Stores Inc. | Di(2-ethylhexyl)phthalate (DEHP) | Dadisy Fuentes Nail Polish Collection - clear plastic and black zipper areas, UPC#192598136602 |
| 20 | 2019-00414 | 02/26/2019 |  | Consumer Advocacy Group, Inc. | Ross Dress For Less Store 0247, Enchante Accessories, Inc., EAI, Ross Stores, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | Plastic Covered Notebooks |
| 21 | 2019-00690 | 04/12/2019 | 06/12/2019 | Ecological Alliance, LLC | Enchante Accessories, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | stationary pouches |
| 22 | 2019-00743 | 04/17/2019 | 06/18/2019 | Anthony Ferreiro | Enchante Accessories, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | Room 2 Room Hanging Jewelry Organizer - Clear Plastic, UPC#400027049301 |
| 23 | 2019-00767 | 04/22/2019 | 11/20/2019 | CA Citizen Protection Group, LLC | Enchante Accessories, Inc., The TJX Companies, Inc., T.J. Maxx of CA, LLC | TJX / T.J. Maxx | Di(2-ethylhexyl)phthalate (DEHP) | Mixed Metals Cosmetic Case |
| 24 | 2019-01363 | 07/19/2019 |  | Ema Bell | Enchante Accessories, Inc., Hot Topic, Inc., Hot Topic Merchandising, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | Hot Topic BlackHeart Unicorn Heads Makeup Brush Set - Clear Plastic Snap Case, 11295323 |
| 25 | 2019-01729 | 09/06/2019 |  | Consumer Advocacy Group, Inc. | Enchante, Inc., Ross Stores, Inc., Ross Dress For Less, Ross Stores |  | Di(2-ethylhexyl)phthalate (DEHP) | Cosmetic Cases with Polymer Components |
| 26 | 2019-01835 | 09/25/2019 |  | Consumer Advocacy Group, Inc. | Enchante Accessories, Inc., Edward Jay Accessories, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | Kids Hair Tie with PVC Components |
| 27 | 2019-02294 | 12/11/2019 |  | Consumer Advocacy Group, Inc. | Enchante Accessories, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | Planner Notebook |
| 28 | 2020-00627 | 03/10/2020 |  | Consumer Advocacy Group | Ross Dress For Less Store 0484, Enchante Accessories, Inc., Kobra International Ltd., Ross Stores, Ross Dress For Less, Ross Stores, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | magnifying Mirrors with Suction Cups |
| 29 | 2020-00627 | 03/10/2020 |  | Consumer Advocacy Group | Ross Dress For Less Store 0484, Enchante Accessories, Inc., Kobra International Ltd., Ross Stores, Ross Dress For Less, Ross Stores, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | magnifying Mirrors with Suction Cups |
| 30 | 2020-00641 | 03/12/2020 |  | Susan Davia | Enchante Accessories, Inc., Marshalls.com, Marmaxx, TJX Companies, Inc |  | Di(2-ethylhexyl)phthalate (DEHP) | Beauty Concepts Skin Care Cases |
| 31 | 2020-02069 | 08/13/2020 |  | Ecological Alliance, LLC | Enchante Accessories, Inc., Burlington Coat Factory Direct Corporation, T.J. Maxx of CA, LLC |  | Di(2-ethylhexyl)phthalate (DEHP) | cases of necessity kits, cases of skin care kits, cases of car seat covers |
| 32 | 2020-02069 | 08/13/2020 | 03/04/2021 | Ecological Alliance, LLC | Enchante Accessories, Inc., Burlington Coat Factory Direct Corporation, T.J. Maxx of CA, LLC | TJX / T.J. Maxx | Di(2-ethylhexyl)phthalate (DEHP) | cases of necessity kits, cases of skin care kits, cases of car seat covers |

Enchante Accessories, Inc. DEHP Notices and Reported Settlements and Judgments from 01/01/1998 to 10/25/2022

| | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | Case ID | Case Name | Court Docket Number | Non-contingent Civil Penalty | Attorney Fees | Payment in Lieu of Penalty | Injunctive Relief | Link |
| 18 | | | | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2019-00119 |
| 19 | Complaint 5953 | Anthony Ferreiro v. Enchante Accessories, Inc., et al. | RG19031147 | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2019-00388 |
| 20 | | | | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2019-00414 |
| 21 | Settlement 7764 | N/A | N/A | 200 | 9000 | 0 | Warning Labels | https://oag.ca.gov/prop65/60-Day-Notice-2019-00690 |
| 22 | Settlement 7779 | Ferreiro v Enchante Accessories Inc. | N/A | 1000 | 14000 | 0 | Enchante shall not distribute, offer for sale or sell any Product that is not a reformulated Product unless the Product is labeled with a clear Proposition 65 exposure warning. | https://oag.ca.gov/prop65/60-Day-Notice-2019-00743 |
| 23 | Settlement 8178 | CA Citizen Protection Group vs. Enchante Accessories, et al | N/A | 750 | 18250 | 0 | Warnings required and express representation that no product will be sold in CA without a warning. | https://oag.ca.gov/prop65/60-Day-Notice-2019-00767 |
| 24 | | | | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2019-01363 |
| 25 | | | | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2019-01729 |
| 26 | | | | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2019-01835 |
| 27 | | | | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2019-02294 |
| 28 | Complaint 6566 | CAG v. Ross Stores, Inc. | 20STCV45871 | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2020-00627 |
| 29 | Complaint 6567 | CAG v. Ross Stores, Inc. | 20STCV45871 | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2020-00627 |
| 30 | | | | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2020-00641 |
| 31 | Complaint 6574 | Ecological Alliance vs. Enchante Accessories, Inc. | 20STCV49679 | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2020-02069 |
| 32 | Judgment 4600 | Ecological Alliance vs. Enchante Accessories, Inc. | 20STCV49679 | 5000 | 20000 | 0 | Warning Labels | https://oag.ca.gov/prop65/60-Day-Notice-2020-02069 |

| | AG Number | Date | Settlement / Judgment Date | Noticing Party | Alleged Violator(s) | Settled Notices which noticed Retail Chains who have Prop 65 Vendor Guidelines | Chemicals | Source |
|---|---|---|---|---|---|---|---|---|
| 33 | 2020-02069 | 08/13/2020 | 12/29/2020 | Ecological Alliance, LLC | Enchante Accessories, Inc., Burlington Coat Factory Direct Corporation, T.J. Maxx of CA, LLC | | Di(2-ethylhexyl)phthalate (DEHP) | cases of necessity kits, cases of skin care kits, cases of car seat covers |
| 34 | 2021-01050 | 05/12/2021 | | Consumer Protection Group, LLC | Enchante Accessories, Inc., Marshalls of CA, LLC | | Di(2-ethylhexyl)phthalate (DEHP) | Ultra Plush Headband â€" Carry Case |
| 35 | 2021-01367 | 06/09/2021 | 10/16/2021 | Audrey Donaldson | Enchante Accessories, Inc., Kobra International Ltd., Burlington Stores, Inc. | Burlington Stores, Inc. | Di(2-ethylhexyl)phthalate (DEHP) | PVC Toiletry Kits |
| 36 | 2021-01492 | 06/24/2021 | | CA Citizen Protection Group, LLC | Enchante Accessories, Inc., T.J. Maxx of CA, LLC | | Di(2-ethylhexyl)phthalate (DEHP) | Beauty Concepts Cuticle Nipper (with clear plastic reusable Case or Protector) |
| 37 | 2021-01492 | 06/24/2021 | 04/06/2022 | CA Citizen Protection Group, LLC | Enchante Accessories, Inc., T.J. Maxx of CA, LLC | TJX / T.J. Maxx | Di(2-ethylhexyl)phthalate (DEHP) | Beauty Concepts Cuticle Nipper (with clear plastic reusable Case or Protector) |
| 38 | 2021-01586 | 07/01/2021 | 11/08/2021 | EnviroProtect, LLC | Ross Stores, Inc., Enchante Accessories, Inc. | Ross Stores Inc. | Di(2-ethylhexyl)phthalate (DEHP) | Art Sketchbook (Component Tested was the Clear Plastic Marker Bag) |
| 39 | 2021-02066 | 08/20/2021 | 02/17/2022 | Green Initiative LLC | Enchante Accessories, Inc., Ross Stores, Inc. | Ross Stores Inc. | Di(2-ethylhexyl)phthalate (DEHP), Di-n-butyl phthalate (DBP), Diisononyl phthalate (DINP) | cases of manicure kits |
| 40 | 2021-02790 | 11/11/2021 | | CA Citizen Protection Group, LLC | Enchante Accessories, Inc., Ross Stores, Inc. | | Di(2-ethylhexyl)phthalate (DEHP) | Pretty Little Things Jewelry Hanging Organizer |
| 41 | 2021-02790 | 11/11/2021 | 04/06/2022 | CA Citizen Protection Group, LLC | Enchante Accessories, Inc., Ross Stores, Inc. | Ross Stores Inc. | Di(2-ethylhexyl)phthalate (DEHP) | Pretty Little Things Jewelry Hanging Organizer |
| 42 | 2021-02902 | 11/19/2021 | | Consumer Advocacy Group | Enchante Accessories Inc., Amazon.com, Inc., Amazon.com Services, Inc., Amazon.com Services LLC | | Di(2-ethylhexyl)phthalate (DEHP) | Jewelry Hanging Organizer |
| 43 | 2022-00031 | 01/07/2022 | 03/17/2022 | Precila Balabbo | BB Brand Holdings, LLC, Burlington Stores, Inc., Burlington Coat Factory Holdings, LLC, BeBe Stores, Inc., Enchante Accessories, Inc. | Burlington Stores, Inc. | Di(2-ethylhexyl)phthalate (DEHP) | BeBe Weekly planner/journal |

| | Case ID | Case Name | Court Docket Number | Non-contingent Civil Penalty | Attorney Fees | Payment in Lieu of Penalty | Injunctive Relief | Link |
|---|---|---|---|---|---|---|---|---|
| 33 | Settlement 9119 | Ecological Alliance vs. Enchante Accessories, Inc. | 20STCV49679 | 5000 | 20000 | 0 | Warning Labels | https://oag.ca.gov/prop65/60-Day-Notice-2020-02069 |
| 34 | | | | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2021-01050 |
| 35 | Settlement 9912 | n/a | n/a | 2000 | 15000 | 0 | Reformulation of the Products or use of required health-hazard warnings. | https://oag.ca.gov/prop65/60-Day-Notice-2021-01367 |
| 36 | Complaint 7155 | CA Citizen Protection Group LLC v. Enchante Accessories, Inc | 22CV006164 | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2021-01492 |
| 37 | Settlement 0660 | CA Citizen Protection Group LLC v. Enchante Accessories, Inc | 22CV006164 | 4000 | 44000 | 0 | Warnings required, or reformulation of products to reduce DEHP levels to less than 1,000 ppm. | https://oag.ca.gov/prop65/60-Day-Notice-2021-01492 |
| 38 | Settlement 9993 | N/A | N/A | 1000 | 18000 | 0 | Commencing on the Effective Date, and continuing thereafter, Covered Products that ENCHANTE imports, manufactures, ships to be sold or offers for sale or purchase in or into California, or sells in California shall be deemed to comply with Proposition 65, and be exempt from any Proposition 65 warning requirements with respect to DEHP if the Products meet the standard of "Reformulated Products." "Reformulated Products" shall mean Covered Products containing less than or equal to 1,000 parts per million (0.1%) DEHP in each accessible component when analyzed pursuant to Environmental Protection Agency testing methodologies 3580A and 8270C, CPSC-CH-C1001-09.3 or equivalent methodologies utilized by federal or state agencies for the purpose of determining DEHP content in a solid substance. | https://oag.ca.gov/prop65/60-Day-Notice-2021-01586 |
| 39 | Settlement 0248 | N/A | N/A | 1000 | 11000 | 0 | reformulation to less than 0.1% DEHP/DINP/DBP or Warning Labels | https://oag.ca.gov/prop65/60-Day-Notice-2021-02066 |
| 40 | Complaint 7156 | CA Citizen Protection Group LLC v. Enchante Accessories, Inc | 22CV006164 | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2021-02790 |
| 41 | Settlement 0659 | CA Citizen Protection Group LLC v. Enchante Accessories, Inc | 22CV006164 | 4000 | 44000 | 0 | Warnings required, or reformulation of products to reduce DEHP levels to less than 1,000 ppm. | https://oag.ca.gov/prop65/60-Day-Notice-2021-02790 |
| 42 | | | | | | | | https://oag.ca.gov/prop65/60-Day-Notice-2021-02902 |
| 43 | Settlement 0342 | Balabbo v. Enchante Accessories, Inc. | N/A | 2000 | 25500 | 0 | Warning or reformulation | https://oag.ca.gov/prop65/60-Day-Notice-2022-00031 |

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | AG Number | Date | Settlement / Judgment Date | Noticing Party | Alleged Violator(s) | Settled Notices which noticed Retail Chains who have Prop 65 Vendor Guidelines | Chemicals | Source |
| 44 | 2022-00192 | 02/01/2022 | 03/17/2022 | Precila Balabbo | Azzure Home, Inc., Burlington Stores, Inc., Burlington Coat Factory Holdings, LLC, Enchante Accessories, Inc. | Burlington Stores, Inc. | Di(2-ethylhexyl)phthalate (DEHP) | Live Life Colorfully sketchbook set |
| 45 | 2022-00542 | 03/15/2022 |  | Consumer Protection Group, LLC | Enchante Accessories Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | All Purpose Bag |
| 46 | 2022-00602 | 03/25/2022 | 06/13/2022 | Dennis Johnson | Enchante Accessories, Inc., The TJX Companies, Inc. | TJX / T.J. Maxx | Di(2-ethylhexyl)phthalate (DEHP) | Storage Containers With PVC Components |
| 47 | 2022-00922 | 05/10/2022 |  | Green Initiative LLC | Enchante Accessories, Inc., Ross Stores, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | cases of body sponges |
| 48 | 2022-01988 | 08/26/2022 |  | CA Citizen Protection Group, LLC | Enchante Accessories, Inc., Marshalls of CA, LLC, The TJX Companies, Inc. |  | Di(2-ethylhexyl)phthalate (DEHP) | Beauty Concepts Hair Rods (clear plastic case), UPC: 192598234186 |

Enchante Accessories, Inc. DEHP Notices and Reported Settlements and Judgments from 01/01/1998 to 10/25/2022

|  | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | Case ID | Case Name | Court Docket Number | Non-contingent Civil Penalty | Attorney Fees | Payment in Lieu of Penalty | Injunctive Relief | Link |
| 44 | Settlement 0341 | Balabbo v. Enchante Accessories, Inc. | N/A | 2000 | 25500 | 0 | Warning or reformulation | https://oag.ca.gov/prop65/60-Day-Notice-2022-00192 |
| 45 |  |  |  |  |  |  |  | https://oag.ca.gov/prop65/60-Day-Notice-2022-00542 |
| 46 | Settlement 0595 | n/a | n/a | 2000 | 14500 | 0 | Reformulation of the Products or use of required health-hazard warnings. | https://oag.ca.gov/prop65/60-Day-Notice-2022-00602 |
| 47 |  |  |  |  |  |  |  | https://oag.ca.gov/prop65/60-Day-Notice-2022-00922 |
| 48 |  |  |  |  |  |  |  | https://oag.ca.gov/prop65/60-Day-Notice-2022-01988 |

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | AG Number | Date | Settlement / Judgment Date | Noticing Party | Alleged Violator(s) | Settled Notices which noticed Retail Chains who have Prop 65 Vendor Guidelines | Chemicals | Source |
| 49 | | | | | | | | |
| 50 | | | **Enchante Accessories, Inc. DEHP Notices and Reported Settlements and Judgments from 01/01/1998 to 10/25/2022 *** | | | | | |
| 51 | | | | | | Total Enchante DEHP Notices: | 36 | |
| 52 | | | | | | Total Enchante DEHP Reported Settlements: | 23 | |
| 53 | | | | | | Total Enchante DEHP Reported Judgments: | 4 | |
| 54 | | | | | | Total Enchante DEHP Reported Settlements and Judgments: | 27 | |
| 55 | | | | | | Total Enchante DEHP Reported Settlements and Judgments with Reformulation: | 22 | |
| 56 | | | | | | Earliest DEHP Enchante Reported Settlement or Judgment Date **: | 11/07/2008 | |
| 57 | | | | | | Latest DEHP Enchante Reported Settlement or Judgment Date: | 06/13/2022 | |
| 58 | | | | | | Average Plaintiff Attorney Fees per Settlement: | $25,989 | |
| 59 | | | | | | Average Non-Contingent Civil Penalties per Settlement: | $3,563 | |
| 60 | | | | | | Average Plaintiff Payment in Lieu of Penalties per Settlement: | $0 | |
| 61 | | | | | | Average Total Penalties per Settlement: | $3,563 | |
| 62 | * Data source: | https://oag.ca.gov/prop65/60-day-notice-search-results?combine=&combine_1=&field_prop65_defendant_value=Enchante&field_prop65_chemical_tid%5B%5D=260&field_prop65_chemical_tid%5B%5D=723&sort_by=field_prop65_date_value&items_per_page=100 | | | | | | |
| 63 | ** | BAXTER HEALTHCARE CORPORATION, Plaintiff and Respondent, v. JOAN E. DENTON, as Director, etc., et al., Defendants and Appellants., C043352, COURT OF APPEAL OF CALIFORNIA, THIRD APPELLATE DISTRICT, ruling was on 09/29/2004 which is over four years before the earliest reported settlement or judgment date in any Enchante settlement or judgment for products containing DEHP. | | | | | | |
| 64 | | | | | | | | |
| 65 | | | **Settled Enchante DEHP Notices which also noticed Retail Chains who have Proposition 65 and/or CPSC Compliance Guidelines for their Vendors** | | | | | |
| 66 | | | | | | Total Reported Settlements: | 16 | |
| 67 | | | | | | Total Reported Settlements for Enchante Notices to Burlington Stores, Inc.: | 3 | |
| 68 | | | | | | Total Reported Settlements for Enchante Notices to Michaels Stores, Inc.: | 1 | |
| 69 | | | | | | Total Reported Settlements for Enchante Notices to Ross Stores Inc.: | 5 | |
| 70 | | | | | | Total Reported Settlements for Enchante Notices to TJX / T.J. Maxx: | 7 | |

| | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | Case ID | Case Name | Court Docket Number | Non-contingent Civil Penalty | Attorney Fees | Payment in Lieu of Penalty | Injunctive Relief | Link |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| 51 | | | | | | | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55 | | | | | | | | |
| 56 | | | | | | | | |
| 57 | | | | | | | | |
| 58 | | | | | | | | |
| 59 | | | | | | | | |
| 60 | | | | | | | | |
| 61 | | | | | | | | |
| 62 | | | | | | | | |
| 63 | | | | | | | | |
| 64 | | | | | | | | |
| 65 | | | | | | | | |
| 66 | | | | | | | | |
| 67 | | | | | | | | |
| 68 | | | | | | | | |
| 69 | | | | | | | | |
| 70 | | | | | | | | |