Reuben Yeroushalmi (SBN 193981)
reuben@yeroushalmi.com
**YEROUSHALMI & YEROUSHALMI***
9100 Wilshire Boulevard, Suite 240W
Beverly Hills, California 90212
Telephone: 310.623.1926
Facsimile: 310.623.1930

Attorney for Defendant,
CONSUMER ADVOCACY GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCHANTE ACCESSORIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CONSUMER ADVOCACY GROUP, INC., in the public interest.<br><br>Defendants. | CASE NO. 4:22-cv-05035-DMR<br>**[The Honorable Donna M. Ryu]**<br><br>**[PROPOSED ORDER] RE: DEFENDANT CONSUMER ADVOCACY GROUP'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date: December 8, 2022<br>Time: 1:00 p.m.<br>Courtroom: 4<br><br>Complaint Filed: September 7, 2022<br>Trial Date: Not Yet Set |

After briefing and argument, Defendant's Motion to Dismiss the complaint with prejudice is GRANTED and CAG's attorney's fees and costs incurred in bringing this Motion is AWARDED. Plaintiff will pay $15,000.00 to CAG for reasonable attorney fees and costs, representative of the actual lodestar figure incurred to the date of filing this motion.

DATED: _____

Honorable Donna M. Ryu

-1-