Reuben Yeroushalmi (SBN 193981)
reuben@yeroushalmi.com
**YEROUSHALMI & YEROUSHALMI***
9100 Wilshire Blvd., Suite 240W
Beverly Hills, CA 90212
Telephone: 310-623-1926
Facsimile: 310-623-1930

Attorneys for Defendant,
CONSUMER ADVOCACY GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCHANTE ACCESSORIES, INC., <br><br> Plaintiff, <br> v. <br><br> CONSUMER ADVOCACY GROUP, INC., in the public interest. <br><br> Defendants. | CASE NO. 4:22-cv-05035-DMR <br><br> **DECLARATION OF PROOF OF SERVICE** <br><br> Complaint Filed: September 7, 2022 <br> Trial Date: Not Yet Set |

Page **1** of **3**
PROOF OF SERVICE

YEROUSHALMI
&
YEROUSHALMI
*An Independent
Association of Law
Corporations

# **PROOF OF SERVICE**

At the time of service, I was 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 9100 Wilshire Boulevard, Suite 240W, Beverly Hills, CA 90212. On October 28, 2022, I served the following document(s):

1. **DEFENDANT'S NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CONSUMER ADVOCACY GROUP'S MOTION TO DISMISS COMPLAINT**
2. **DECLARATION OF REUBEN YEROUSHALMI IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND IN SUPPORT OF DEFENDANT CONSUMER ADVOCACY GROUP'S MOTION TO DISMISS COMPLAINT**
3. **DECLARATION OF MICHAEL MARCUS IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND IN SUPPORT OF DEFENDANT CONSUMER ADVOCACY GROUP'S MOTION TO DISMISS COMPLAINT**
4. **[PROPOSED ORDER] RE: DEFENDANT CONSUMER ADVOCACY GROUP'S MOTION TO DISMISS THE COMPLAINT**
5. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CONSUMER ADVOCACY GROUP'S MOTION TO DISMISS COMPLAINT**

on the interested parties by placing (_) the original (X) a true and correct copy thereof, using the method (X) identified below, addressed as follows: **SEE SERVICE LIST**

- ___ VIA MAIL:
  I enclosed the documents(s) in a sealed envelope addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelope was deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
- X VIA ELECTRONIC SERVICE:
  I electronically served the documents listed above addressed to the person(s) at the email address(es) listed above on the date listed above.
- ___ VIA PERSONAL SERVICE:
  I caused the aforementioned document(s) to be delivered to the person(s) listed above and/or on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 28, 2022 in Beverly Hills, California.

*Priyanshi Singh*
Priyanshi Singh

YEROUSHALMI & YEROUSHALMI
*An Independent Association of Law Corporations

## **SERVICE LIST**

1) Carol R. Brophy  
cbrophy@steptoe.com  
Barbara Adams  
badams@steptoe.com  
Dina Adham  
dadham@steptoe.com  
STEPTOE & JOHNSON LLP  
One Market Plaza  
Spear Tower, Suite 3900  
San Francisco, California 94105  
Telephone: (415) 365-6700  
Facsimile: (415) 365-6699  

Attorneys for Defendants  
ENCHANTE ACCESSORIES, INC.