Carol Brophy (SBN 155767)
*cbrophy@steptoe.com*
Barbara R. Adams (SBN 99231)
*badams@Steptoe.com*
Dina Adham (SBN 203048)
*dadham@steptoe.com*
**STEPTOE & JOHNSON LLP**
One Market Plaza
Steuart Tower, Suite 1070
San Francisco, California 94105
Telephone: (415) 365-6700
Facsimile:  (415) 365-6699

Attorneys for Plaintiff ENCHANTÉ ACCESSORIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENCHANTÉ ACCESSORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CONSUMER ADVOCACY GROUP, INC. <br><br> Defendant. | CASE NO.: 4:22-cv-05035-DMR <br><br> *Assigned to Hon. Donna M. Ryu* <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ENCHANTÉ ACCESSORIES, INC. hereby gives notice that this action is voluntarily dismissed. Defendant CONSUMER ADVOCACY GROUP, INC. has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R.Civ. P. 41(a)(1)(B).

DATED: November 28, 2022                    STEPTOE & JOHNSON LLP

                                            By: *[signature]*
                                            Carol R. Brophy
                                            Barbara Adams
                                            Dina Adham

                                            Attorneys for Plaintiff
                                            ENCHANTÉ ACCESSORIES, INC.